# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TONY HENDRIX,

        Plaintiff,

                            Case No. 8:19-CV-01145-T-24-AAS

vs.

UNITED STATES OF AMERICA,

        Defendant.

_____/


        VIDEO
        DEPOSITION OF:          TONY HENDRIX
                                Via Video Conference

        DATE:                   June 15, 2020

        TIME:                   11:02 a.m. - 12:49 p.m.

        PLACE:                  Online via Zoom

        REPORTED BY:            DORCAS A. COLLINS
                                Court Reporter

        VIDEOGRAPHER:           MR. JEFF MECHAM

                                Pages 1 - 75

DEBBIE E. ASKINS, F.P.R.
(813) 966-7936

1    **APPEARANCES:**

2

3    **CHRISTOPHER HUNT, ESQUIRE**
     Kaufman & Lynd, PLLC
     200 East Robinson Street
4    Suite 250
     Orlando, Florida 32801

5
         Attorney for Plaintiff,

6

7    **MAMIE V. WISE**
     Assistant United States Attorney
8    400 North Tampa Street
     Suite 3200
9    Tampa, Florida 33902
     mamie.wise@usdoj.gov

10
         Attorney for Defendant.

11

12

13                       **I N D E X**
                                              Page
14
     EXHIBIT LIST                               3
15
     DIRECT EXAMINATION BY MS. WISE             5
16
     CROSS-EXAMINATION BY MR. HUNT             72
17
     CERTIFICATE OF OATH                       74
18
     CERTIFICATE OF REPORTER                   75
19

20

21

22

23

24

25

1                        **E X H I B I T S**

2                                                        Page

3    EXHIBIT NO. 1                                    30
       (Photograph)

4

     EXHIBIT NO. 2                                    42
5      (Google Maps photograph)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          **THE VIDEOGRAPHER:**  We're on the record.  The

2     time is 11:02 on June 15th, 2020.  We're connected

3     via Zoom for the deposition of Tony Hendrix in the

4     matter of Tony Hendrix vs. the United States of

5     America.

6          Will the Court Reporter please do her read-in

7     and then swear in the Witness?

8          **COURT REPORTER:**  The attorneys participating

9     in this deposition acknowledge, I, the court

10    reporter, am not present with the Witness and that

11    I will be reporting the proceedings and

12    administering the oath remotely.  The parties and

13    their counsel consent to this arrangement and

14    waive any objections to this manner of reporting.

15    Please indicate your agreement by stating your

16    name and your agreement on the record.

17         **MR. HUNT:**  Christopher Hunt, Kaufman & Lynd

18    Law Firm, Counsel for Tony Hendrix.  We agree.

19         **MS. WISE:**  This is Mamie Wise from the

20    United States Attorney's Office, Counsel for the

21    Defendant, and I agree.

22              **TONY HENDRIX,**

23    acknowledged having been duly sworn to tell the truth

24    and testified upon his oath as follows:

25         **THE WITNESS**:  Yes, ma'am.

```
 1                        DIRECT EXAMINATION
 2    BY MS. WISE:
 3         Q.   Good morning.  My name is Mamie Wise and I'm
 4    an Assistant United States Attorney in the Middle
 5    District of Florida in the Tampa office, and I'm here
 6    representing the United States Postal Service.
 7              Could you state your name for the record?
 8         A.   Tony B. Hendrix.
 9         Q.   Is anyone with you today, Mr. Hendrix?
10         A.   No, ma'am.
11         Q.   How old are you?
12         A.   I'm 28.
13         Q.   Could you walk me through your educational
14    background?
15         A.   Well, I didn't -- I didn't finish high school,
16    but I'm in a program to finish getting my high school
17    diploma.
18         Q.   Is that a GED program or something else?
19         A.   No.  It's actually accredited high school
20    diploma.
21         Q.   What is the name of the program?
22         A.   Penn Foster.
23         Q.   Could you repeat that?
24         A.   Penn Foster.
25         Q.   How long have you been in the Penn Foster
```

1      program?

2          **A.**   About two months now.

3          **Q.**   Are you currently employed?

4          **A.**   No, ma'am.

5          **Q.**   When were you last employed?

6          **A.**   Before my accident.  Before my accident.  And

7      I did like some -- some shredding work after my

8      accident, what I could do at an office building.

9          **Q.**   Where did you do the shredding work?

10         **A.**   At Katrolli's (phonetic) Juice Factory.

11         **Q.**   And by *shredding work* do you mean that you

12     were shredding paper or something else?

13         **A.**   Yes, ma'am; shredding papers and all the

14     excess stuff that the people didn't need anymore.

15         **Q.**   How long did you work at Katrolli's?

16         **A.**   I only worked there for like a month and a

17     half.

18         **Q.**   Have you done any other work since the

19     accident?

20         **A.**   No, ma'am, just that.

21         **Q.**   And just to be clear, by *the accident*, you're

22     talking about the accident with the postal truck in

23     December of 2016, correct?

24         **A.**   Yes, ma'am.

25         **Q.**   Have you ever worked for a company called

1    Wright Tree Service?

2        A.   Yes, ma'am.  But that was -- that was awhile

3    ago, though.

4        Q.   About when was that?

5        A.   Like when I -- around about December the 3rd

6    when I first was looking for work.  But I really

7    couldn't get no ride to that job so I had to let that

8    go.  And then December 16th I got hit by the -- well,

9    the 22nd I got hit by the mail truck.

10       Q.   Did you ever work for a tree service in 2019?

11       A.   No.  I was just -- I was just helping him get

12   his papers and stuff together.  That was my cousin,

13   Doug.

14       Q.   Your cousin, Doug, is that what you said?

15       A.   Yes, ma'am.  He's the owner of the tree

16   service and he was just allowing me to do like cleaning

17   his tools and stuff, and that's about it, because, you

18   know, I couldn't do no other work because of my back.

19       Q.   That was in 2019 that you were cleaning tools

20   and other stuff?

21       A.   Yes, ma'am.

22       Q.   About how long did you work for your cousin,

23   Doug?

24       A.   Not long.  I would say about maybe three weeks

25   at the most.

1    **Q.**   I understand at some point you applied for

2    Social Security; is that correct?

3    **A.**   Yes, ma'am.

4    **Q.**   When was that?

5    **A.**   Oh.  I want to say that was before -- before

6    my -- yeah, it was before my accident.

7    **Q.**   Have you ever made a claim to Social Security

8    related to this accident?

9    **A.**   No, ma'am.  I just let them know that I was

10   hit by a -- I was hit by a mail truck and that the

11   people wanted to know about my activities and stuff and

12   I had to let them know about my activities, what I can

13   and what I can't do anymore.

14   **Q.**   About when did you report that to Social

15   Security; do you remember?

16   **A.**   Yes, ma'am.  I want to say it was like after I

17   got -- I want to say it was like after -- a couple of

18   weeks after I got a little better and was able to move

19   around with my mother's help.  We had to go report to

20   them what happened.

21   **Q.**   About when was that?

22   **A.**   Around, I want to say January, February,

23   somewhere like that, somewhere like that.

24   **Q.**   Of 2017?

25   **A.**   Yes, ma'am.

1    Q.    Do you have any other sources of income

2  besides Social Security?

3    A.    No, ma'am.

4    Q.    What's your current home address?

5    A.    Well, for right now it's 3802 Avenue R,

6  Northwest, Winter Haven, Florida 33881.

7    Q.    You said *for right now*, are you planning on

8  moving any time soon?

9    A.    Well, yeah, because my dad, he only let -- he

10  only just allow me to come back because of my

11  situation -- of the homeless situation.  But that's

12  about it.

13    Q.    Were you homeless recently?

14    A.    Yes, ma'am.

15    Q.    About when was that?

16    A.    It would be for about a whole two months now.

17    Q.    When did you come back to --

18    A.    Yesterday.

19    Q.    -- 3802?

20    A.    Yesterday.

21    Q.    Where did you live before you were homeless?

22    A.    With my momma and them.

23    Q.    The same place, 3802?

24    A.    Uh-huh.

25    Q.    Was that a yes?

1    **A.**   Yes, ma'am.

2    **Q.**   I should have started with this, but since

3    Ms. Collins is taking down everything you're saying, if

4    you could please answer with a yes or a no instead of

5    an uh-huh or huh-uh so she can take it down correctly.

6    I'll try to remind you if I don't remember.

7            And if any of my questions don't make sense,

8    please let me know or if you can't hear me, I would be

9    happy to rephrase or repeat them.

10           Where were you living at the time of the

11   accident?

12   **A.**   I was living here at my momma house.

13   **Q.**   Who else lived there at the time?

14   **A.**   My momma, my dad.  Arianna was here at the

15   time before she moved to Panama City.

16   **Q.**   Could you give me your parents' names?

17   **A.**   Yvonne Hendrix and William Hendrix.

18   **Q.**   And you mentioned someone named Arianna; who

19   is that?

20   **A.**   That's my niece who was here.

21   **Q.**   What is Arianna's last name?

22   **A.**   Bradshaw.

23   **Q.**   Was she living there or was she visiting?

24   **A.**   She was living here until my dad took her to

25   Panama City.  She was living here.

1    **Q.**   Was anyone else living there at the time?

2    **A.**   No, no nobody else was living here.  But

3  around the time of the accident Branchisha (phonetic)

4  Roundtree was here, my momma and dad was here, Breeon

5  (phonetic) was here -- I mean -- and that was it.

6    **Q.**   You mean they were at the house the day of the

7  accident?

8    **A.**   Yes, ma'am.

9    **Q.**   Did you have any medical problems before the

10  accident?

11   **A.**   No, ma'am, I didn't.  I ain't had no medical

12  problems.

13   **Q.**   Just a minute ago you told me who was there

14  the day of the accident, could you remind who that was?

15   **A.**   It was me, my mom, my dad, Arianna,

16  Branchisha, and my nephew who I saved from getting hit

17  by the truck, which his name is Breeon.

18   **Q.**   Who is Branchisha?

19   **A.**   Breeon's mother, my cousin.

20   **Q.**   You mentioned that Breeon is your nephew,

21  correct?

22   **A.**   Yes, ma'am.

23   **Q.**   Is Breeon's father your brother?

24   **A.**   Yes, ma'am.

25   **Q.**   What is your brother's name, Breeon's father?

1      **A.**   William.

2      **Q.**   You said that you saved Breeon from getting

3  hit by the postal truck; could you tell me what

4  happened?

5      **A.**   Yes, ma'am.  Well, the man had already came by

6  one time.  Breeon was three -- at the time he was three

7  years old.  And he wanted to go across the street with

8  the kids.  And one thing about me, I don't allow no

9  kids run across the street by theirself (sic) because

10  my little cousin had got run over by a car.

11          So, the mailman had already came by and he had

12  came back up.  We didn't see him come back down.  So me

13  and Breeon was coming off the side of my dad's truck

14  and the mailman was like three houses -- to be honest,

15  the mailman was one, two, three houses down from my

16  house.  Me and Breeon was going across the street --

17  let me -- let me -- let me -- I rather give ya'll a

18  great diaphragm (sic) of how everything happened.  Let

19  me get up for a second.  I want to show you guys

20  exactly what happened and how it happened while I'm

21  explaining it to you guys while I'm in the front of the

22  crime scene.  (Moving to outside of house)

23          But I'm going to show you right here -- right

24  here is where everything happened.  Right here -- in

25  this area right here me and Breeon was going across

1   this area right here.  And when I got right here and by

2   the time I looked back up, the mailman was already

3   right there.  So by the time I got ready to step across

4   this line and by the time I got ready to look back like

5   this, I had to push my nephew on across the street and

6   when I took my other foot to step across the street

7   like that, the man had hit me on my left side, this

8   side right here.  He hit me right here and he knocked

9   me way over here.  And he knocked me way over here, and

10  this area right here is where the police and ambulance

11  woke me up at.  (Indicating)

12          But the man -- the man -- when he -- well, I

13  didn't know nothing else that happened.  All I know is

14  he was directly speeding -- he was directly speeding

15  from this area here and I can show you exactly how far

16  he was away from us.  He was at this mailbox -- this

17  cute mailbox up here.  He was way up here at this

18  mailbox right -- this little white and gray mailbox

19  right here.  He was way up here.  We was way back there

20  crossing the street.  This is where he was.

21  (Indicating)

22      Q.   Is that two houses down from your parents?

23      A.   That's three houses down.  He was way up here,

24  ma'am.  The mailman was way up here and the accident

25  scene was way down there.  And the girl -- the lady

1   across the street right here, who stayed at this house

2   across the street from me, she was the one who -- she

3   was the one who was saying -- who was telling the man

4   he wasn't paying attention.  He need to stay off his

5   phone when he was driving a mail truck.

6          And the man got out -- they say the man got

7   out the car.  He was confused.  He was nervous.  He

8   didn't even want to call the police.  So my momma and

9   daddy called the police and he waited on the people

10  from the mail company to come pick him.

11         But that's the only thing I -- that's the only

12  thing I really remember from the accident because when

13  I pushed Breeon out of the way, that's when the truck

14  hit my body and that's the only thing I remember.  And

15  then I remember when the EMS lady, she was slapping

16  me -- she was slapping me as I was coming back to my

17  conscious and she was like, do you know what today is,

18  do you know what today is.  And I looked at her and I

19  told -- I was only able to tell her, no, I don't know

20  what day it was.  And then she was like, are you

21  hurting, are you hurting?  I was like, yeah, my head

22  hurt and my back and my legs and my arms are hurting.

23  And she was like, okay, well the ambulance is on their

24  way.  But that's the only thing I remember from the

25  accident that I can really remember.

1      **Q.**   Where were you before you started across the
2   street?

3      **A.**   Where were we?  We was --

4      **Q.**   Yes.  Were you on the porch, in the yard?

5      **A.**   No.  We was -- we was in the yard.  I'm going
6   to show you right now.  Let me show you.  Come on
7   camera.  (Moving to outside the house)

8          Me and Breeon was right here.  My dad's truck
9   was parked right here.  His truck was parked right
10  here.  And me and Breeon was right here, in this area
11  right here.  (Indicating)

12     **Q.**   In the grass?

13     **A.**   As you can see -- right.  We was right here.
14  And the kids, they play right here in this area right
15  here; over here in this area where the -- you see her
16  car is parked right here, the kids play right here.  We
17  was going across right here.  (Indicating)

18         Me and Breeon was going across right here and
19  the mailman was way up there where I showed you he was
20  at.  So I really don't understand how he hit me and
21  knocked me way over there if he was paying attention to
22  what he was doing.

23     **Q.**   Was the mailman stopped at the mailbox three
24  houses down or driving?

25     **A.**   No.  The -- he was stopped.  This is the

1   thing:  He was stopped right there where I showed you

2   he was stopped at.  That's the thing.

3       **Q.**   Three houses down?

4       **A.**   Yeah.  He -- he -- yes, ma'am.  Yes, ma'am.

5   He was three houses down.  Shore was.

6       **Q.**   Did the mailman stop at either of the other

7   houses?

8       **A.**   No, ma'am.  He was -- I guess he was still

9   coming if he hit me.

10      **Q.**   Could you repeat that?

11      **A.**   I said -- I said he must not -- he couldn't

12  have stopped if he hit me.

13      **Q.**   Did you see him?

14      **A.**   What you mean did I see him?  He was way -- he

15  was three houses down.  How could I not see him?

16      **Q.**   But did you see him stop at either of the

17  other houses, or do you know?

18      **A.**   I -- to be honest, I wasn't paying attention

19  to him stopping at no house.  What made me look up at

20  the last minute was -- was Breeon, really, because he

21  was the one trying to direct his little self on across

22  the street.  But when I looked up and seen the mailman

23  right there I pushed -- when I pushed him and my hand

24  came off his head, that's when I got hit on my left

25  side.

1    **Q.**    When you and Breeon were crossing the street,

2    were you holding Breeon's hand?

3    **A.**    No.   Breeon was walking right directly on the

4    side of me.

5    **Q.**    On the right side or left side?

6    **A.**    He was on my right side.

7    **Q.**    Did you start crossing the road first or did

8    Breeon start crossing the road first?

9    **A.**    No.   Me and Breeon started crossing the road

10   together.   We crossed the road together.   He never left

11   by himself.   We ain't allowed to do that, with him,

12   because he was only three years old.

13   **Q.**    Why didn't you wait for the postal truck to

14   cross before you crossed the street?

15   **A.**    Huh?   The postal truck was three houses down.

16   Like he was literally three houses down and we was just

17   going across the street.

18   **Q.**    But why didn't you wait for the truck to pass

19   before you crossed the street?

20   **A.**    Well, we -- well, to be -- let me go ahead

21   and -- let me go ahead and (unintelligible).   Listen,

22   ma'am, we didn't -- to be honest, I was just trying to

23   get my nephew across the street.   We never -- I

24   never -- all that, what you trying to bring up, me

25   waiting to cross the street, why would I had to wait to

1    cross the street if he's going right there and this man

2    is literally three houses down from me, three houses

3    down.  It's not my fault they be speeding on this road.

4    This is a residential neighborhood.  He was going -- he

5    was going too fast.  He had already came down the road

6    already and had came back.

7              But we had -- we had enough time to cross the

8    street.  He was the one that was speeding and I can

9    show you videos of how they come up and down this road

10   speeding and flying and they be on their cellphones all

11   the time.  I can show you videos of that because I

12   recorded those videos myself to show you all how ya'll

13   mail people run these streets over here.  They be on

14   their cellphones too much, for one, and they be

15   distracted by everything in their truck too.  That was

16   not my fault that I got hit.  That was the mailman's

17   fault because he was on his phone at the time that he

18   was driving.  And the witness wouldn't stood up there

19   and lie if -- if she seen the man on his phone.  That's

20   not my fault --

21        Q.   Who saw the driver on his phone?

22        A.   -- he was on the phone.

23        Q.   What was that?

24        A.   I said that was not my fault.  He was being --

25   he was not being an active driver because I never seen

1    no mail people on their phone until we moved over here

2    to Winter Haven; never seen no mail people on their

3    phone until we moved over here.

4        **Q.**   Was the driver on his phone the day of the

5    accident?

6        **A.**   Yes, ma'am, he was.  The lady across the

7    street called it out.  That's -- that's when everything

8    happened.  He was scared.  The mailman never called the

9    police.  My mom and the lady across the street called

10   the police.  When everything was said and done when I

11   got all the news, my momma and the Puerto Rican lady

12   across the street called the police because the

13   mailman, they say the mailman was saying he was sorry.

14   He didn't mean to.  He should have been paying

15   attention.

16            But, also, the thing -- the thing about that

17   is that the man was -- he was -- he was an elderly man.

18   But my thing is they drive too fast up and down this --

19   up and down this residential neighborhood anyway.  And

20   if ya'll -- and if ya'll don't believe it, I will send

21   ya'll all the videos I have, which I have people

22   speeding up and down this -- this -- this what's the

23   name and with them being on their phone.  I capture

24   everything just so I can have it for my

25   (unintelligible) whenever I need to go to court or for

1  anything because I felt like that was not right.  That

2  was totally wrong and no, that was not my fault.  And I

3  honestly feel like something -- something -- that

4  that's crazy for you to say why couldn't I wait till

5  the mailman crossed the road.

6          MR. HUNT:  Tony.  Tony.  It's a legitimate

7      question that Ms. Wise was asking and you've

8      answered it, so now wait for her to ask another

9      question.  Okay?

10         THE WITNESS:  Okay.  I'm being impatient.  I

11     just don't like -- I just don't like --

12         MR. HUNT:  Wait for the question.

13         THE WITNESS:  Go ahead.  I just don't like --

14     this is my life.  Go ahead.

15  BY MS. WISE:

16     Q.   You mentioned that you had several videos of

17  postal drivers on your street.  Do you have any from

18  the day of the accident?

19     A.   No, ma'am.  No, ma'am.

20     Q.   Do you know of anyone else who has videos from

21  the day of the accident?

22     A.   No, ma'am.  The girl across -- Zeemara say her

23  phone went out and she says she got the pictures -- she

24  had the pictures of the -- of the thing that came off

25  the mail truck.  But they didn't even pick -- the

1  policeman didn't pick that up; the black thing that

2  came off the mail truck after he hit me.

3      **Q.**   After he kicked you; is that what you said?

4      **A.**   No.  I said after he hit me.  The black

5  thing -- the black thing that be on the mail truck came

6  off the mail truck and the girl said the police didn't

7  even pick that up and take that into evidence.  They

8  never did a thorough investigation, never.

9      **Q.**   By the *black thing* that came off the postal

10  truck, do you mean the bumper, or something else?

11      **A.**   It was something that came off the mail truck

12  after he hit me because the girl had it.  The girl

13  still had it and she was like, the police never did a

14  thorough investigation.  They trying to say when the --

15  they tried to say when he hit me, I fell -- I fell out

16  in front of the truck.  No.  My body flew across the

17  street almost in that ditch.  He hit me on one side of

18  the road and knocked me almost in the ditch.

19      **Q.**   Was the ditch on the same side of the road as

20  your parents' house or across the street?

21      **A.**   No.  The ditch was across the street, the

22  ditch I just showed you.  That was way across the

23  street where he hit -- he hit me in front of my house

24  and knocked me way over there.

25      **Q.**   And at the time the truck hit you, you were

1    close to the centerline in the street; is that what you

2    said?

3        **A.**   To the middle -- going across -- do I have

4    to -- I can show you again.  It wasn't --

5        **Q.**   You don't need to.  I just wanted to be clear.

6        **A.**   Okay.

7        **Q.**   You were almost to the centerline of the

8    street?

9        **A.**   We was on the centerline going across --

10   across the --

11       **Q.**   You were on the centerline?

12       **A.**   Yeah, going across the street.  I say -- I say

13   about three to four more steps we would have been

14   making it into her yard.

15       **Q.**   What is the name of the woman you said who had

16   the black piece from the postal truck?

17       **A.**   Zeeamara (phonetic).  Zeeamara Torres.

18       **Q.**   What do you remember about the driver of the

19   postal truck before the accident; could you see him?

20       **A.**   I could but he was -- he was -- like he was

21   looking down at something.  It was like -- we was going

22   across but when I looked -- when I looked at him the

23   first time, he was looking down at something.

24       **Q.**   Was the truck stopped at that point or moving?

25       **A.**   Well, when I -- when I looked at him he was

1  stopped up there looking down at something.  But when

2  he started again, we was almost -- we was damn near

3  across the road.  But by the time I looked -- I looked

4  back up and see him that close to us, I had enough time

5  to push my baby out the way.

6      Q.   About how fast was the postal truck driving

7  when it hit you?

8      A.   I want to say he -- he was not going 30.  I

9  know that for a fact.  I know that for a fact, he

10  wasn't going 30.

11      Q.   Was he going more or less than 30?

12      A.   He was going more than 30.

13      Q.   About how fast was he going?

14      A.   Baby, I can't give you no time limit on how

15  fast he was going because I wasn't driving.

16      Q.   What's the speed limit in your neighborhood?

17      A.   30 -- let me go check it first.  Because I

18  think it say 25.  (Going outside the house)

19           It say 25.  The speed limit say 25 on the

20  sign.

21      Q.   Before the accident was the postal driver on

22  his cellphone?

23      A.   The first time he came by he was on his

24  cellphone.  The first -- the very first time we see him

25  come by he was on his cellphone.  And then he came back

1      up the road.  That's what I'm telling you.  He came

2      back up the road and -- because I guess he -- the only

3      time they turn around is when they missed out on

4      delivering a person some package.  But he came back up

5      and came back down.  That's the thing about this

6      situation.

7          Q.   About how long passed between the first time

8      and the second time the driver came by?

9          A.   I would say it would have been like 20 minutes

10     or 20 minute time -- time -- from the time he went down

11     and came back up.

12         Q.   Was it the same driver or just --

13         A.   Yeah, it was the same driver.  Yes, ma'am, it

14     was the same man.

15         Q.   Can you describe him for me?

16         A.   He was like an older man with gray salt and

17     pepper hair.  He was kind of medium -- kind of medium

18     height.  He was slender.  I ain't going to say he was

19     skinny but he was kind of on the slim -- slim side, not

20     too much.

21         Q.   Was he on his cellphone the second time he

22     came by?

23         A.   Well, I really -- I really wasn't paying

24     attention.  What's the name -- the second time he went

25     up.  But I know the third time he was coming down after

1    I got hit everything was -- the girl say she seen him

2    on the phone.

3        **Q.**   After the accident?

4        **A.**   No.  She said -- Zeeamara said she see him on

5    the phone in the truck when he hit me.  Because she was

6    the one -- she was the one who wrote the statement.

7    She was the one who wrote a statement on my behalf.

8        **Q.**   Where was she at the time?

9        **A.**   On her porch.  She was sitting right there on

10   her porch.

11       **Q.**   About how long passed from when you first saw

12   the truck to when it hit you?

13       **A.**   From the first time I -- I would say like I

14   said, it was a good timeframe from at least a good ten

15   or 20 minutes from the first time he came and came back

16   up.  All together I say a good 20 minutes, because he

17   came down, went up, and then came back down.

18       **Q.**   And about how long passed from when you saw

19   the truck three houses down to when it hit you?

20       **A.**   Say what now?

21       **Q.**   About how long passed from when you saw the

22   truck three houses down to when it hit you?

23       **A.**   I will say it was almost like a four minute

24   time span.  Because he was there and then by the time I

25   can look back up and push my nephew out the way, that

1    was within a three-minute time span, baby.

2        Q.    Three minutes, is that what you said?

3        A.    Three -- between the three minute time span

4    from the time I seen him three houses up from the time

5    I almost made it across the street it was just that

6    quick.   That's what I'm trying to tell you, that he was

7    speeding.

8        Q.    So it was less than three minutes?

9        A.    Excuse me.

10       Q.    Can you tell me -- I'm just trying to get a

11   sense of how long it was from when you first saw the

12   truck three houses down to when the accident happened.

13       A.    From -- he hit me.   Listen, if you listen, I'm

14   telling you it was -- when I seen him at that third

15   house up there, from the time that he hit me and all

16   that timing, it was a three-minute time span.   Because

17   when he -- when he was at the house, me and Breeon was

18   halfway across the street.   When we was halfway across

19   the street and I looked back up to see that he was like

20   right there and I pushed my baby out the way, that's

21   when I got hit.   All together from him being at that

22   house, him hitting me was a three-minute time span.

23   That's why I'm telling you the man was speeding.   And

24   if ya'll don't believe me, I will send ya'll the video.

25            This is confusing to me because I never had to

1  deal with nothing like this and I'm just trying to tell

2  you the truth.

3       **MR. HUNT:**  Hey, Tony.  Hey, Tony.  I think

4       what Ms. Wise is trying to find out is if he

5       was -- if he was three houses away and if he was

6       driving, just say 30 miles an hour, three houses

7       away, it would only take him probably ten seconds,

8       maybe, to cover that distance, not three minutes.

9       I think that's what Ms. Wise is trying to flesh

10      out here.

11      **THE WITNESS:**  Oh, okay.  Well, ya'll have

12      to -- listen, ya'll have to break stuff down to me

13      because I really don't -- my mind don't comprehend

14      like ya'll mind comprehend.  So ya'll will have to

15      break stuff down to me because I'm getting

16      confused and I'm getting angry because I'm really

17      not understanding her.

18      **MR. HUNT:**  Yeah.  Yeah.  Well, don't get

19      angry.  If you're not --

20      **MS. WISE:**  And if any of my questions don't

21      make sense, just tell me and I'll try my best to

22      ask them in a way that does make sense.  This

23      video makes it tough.

24      **MR. HUNT:**  Mamie, was that a fair

25      clarification?

1          MS. WISE:  Yeah, that's what I'm trying to

2     understand.

3  BY MS. WISE:

4     Q.   About how long passed from when the car was

5  three houses down to the accident; was it five seconds,

6  20 seconds?

7     A.   Oh, no.  No.  Okay.  Okay.  Right.  I would

8  say it was a lesser time.  Okay.  Yeah, it was a lesser

9  time.  It was like a couple of seconds.  I can remember

10 that, yeah.  From the time I got hit, right, from the

11 time he was at the house from the time I got hit,

12 right?

13    Q.   Correct.

14    A.   Okay.  Okay.  Yeah.  It was a couple of

15 seconds, yeah.

16    Q.   Were you and Breeon walking across the street,

17 running across the street; how fast were you going?

18    A.   Well, I had -- well, to be honest -- I'm going

19 to be honest with you.  We was walking -- we was

20 walking pretty fast because I don't care about cars

21 because I already had a cousin that got hit and ran

22 over by a car.  So we was walking pretty -- I was

23 making him speed-walk, yes, ma'am.

24    Q.   Some other records I read in this case suggest

25 that Breeon ran across the street and you ran after

1    him; is that what happened?

2        A.   No, ma'am.  And the man -- and that's what I

3    was trying to tell the police because the police that

4    came out here, he didn't -- he wasn't taking -- the man

5    wasn't taking everybody on like he was the postal.  He

6    wrote what he wanted to write in that police report,

7    and I still got it to this day.

8            Breeon never ran across the street, ma'am.

9    Breeon was three years old and my momma had us walk him

10   across that street.  Any time he had to come back

11   across the street, we had to go get him.  Any time he

12   needed to cross the street, we had to be with him.  No,

13   ma'am.  But we was speed-walking across the street.  We

14   was doing that.  I'm going to be honest on that.  We

15   was speed-walking across the street, yes, ma'am.

16       Q.   Who was watching Breeon at the time?

17       A.   Everybody was out the door.  His momma was on

18   the porch.  But it was only me and Breeon crossing the

19   street.

20       Q.   Who else was outside at the time of the

21   accident?

22       A.   My momma and daddy was outside.  Zeeamara was

23   outside.  Arianna was outside.  I was outside.

24       Q.   Anyone else?

25       A.   That was it.  My house and the lady across the

1   street.

2          MS. WISE:  I'd like to ask Ms. Collins to pull

3      up Exhibit 1.  And she has asked that while she

4      pulls up the exhibit, that we not say anything

5      because she won't be able to take down notes and

6      pull up the exhibit; is that correct, Ms. Collins?

7          COURT REPORTER:  That is correct, yes.

8          (Whereupon, there was a very brief pause.)

9   BY MS. WISE:

10     Q.   Do you recognize this photo, Mr. Hendrix?

11     A.   Yes, I surely do.  I surely do.  I surely do.

12  I surely do.

13     Q.   What is it?

14     A.   That's when the mailman had hit me and he

15  finally came to a complete stop after he hit me, yes,

16  ma'am.  That's Breeon's momma car.  That gold car is

17  Breeon's mamma car and that black truck is my dad's

18  truck.

19     Q.   Was the gold car parked in this position at

20  the time of the accident?

21     A.   Yes, it was.

22     Q.   How about the black truck, was it parked in

23  this position at the time of the accident?

24     A.   Yes, it was.

25     Q.   And you said this is the position that the

1    postal truck was in after the accident; is that

2    correct?

3        A.   That's -- No.  That's the position he made

4    after he made his final stop.  He stopped right there

5    but he hit me -- he hit me a little further back coming

6    out of the driveway.  He didn't hit me right there by

7    the mailbox.  He hit me coming -- when we was coming

8    right there off the -- off the -- what's the name right

9    there, he hit me on my left side right there.  What is

10   the line right here that -- you see this second line

11   right here?  (Indicating)

12       This line, the yellow line.  Well, it's not

13   the second line.  It's the first line over from my

14   house.

15       Q.   So in this photo, the yellow line closest to

16   your home?

17       A.   My house.  Well, what happened to my -- what's

18   the name?  Hello.

19       Q.   Are you still there?

20       A.   What's -- my thing went blank.  Hello.

21       MR. HUNT:  We can still hear you.

22       MS. WISE:  Let us know when it comes back.  It

23       looks like you're frozen.

24       MR. HUNT:  It's back.

25       THE WITNESS:  I can't see nobody.  How do I

1         see you guys?  I can't see you guys.  Oh, Jesus.

2              **MR. HUNT:**  Can you see the exhibit?

3              **MS. WISE:**  Can you see the -- can you still

4         see the photograph?

5              **THE WITNESS:**  Okay.  Okay.  I see everybody.

6         Okay.  Okay.  Okay.  There it goes.  Okay.  Thank

7         you, Lord.

8         **A.**   Okay.  But do you see where he at, the mail

9    truck?

10   **BY MS. WISE:**

11        **Q.**   Yes.

12        **A.**   Okay.  Where he stopped there, that's where he

13   stopped at.  That's not where I got hit at.  I never

14   got hit by the mailbox, never.  I got hit up a little

15   bit from -- like you see where my dad truck is parked?

16        **Q.**   Yes.

17        **A.**   If you -- if you see where my dad's truck is

18   parked and you look at the driveway right -- right

19   going across that area right there is where I got hit

20   at.  He just made his final stop by the stop sign.

21   That's where he stopped at after he hit me.

22        **Q.**   About how many feet back --

23        **A.**   I want to say --

24        **Q.**   -- from where he's parked now?

25        **A.**   I want to say about four feet back, four to

1   five feet back if you walk backwards.

2       Q.   When you and Breeon were crossing the street,

3   where were you in relation to the truck?  Did you come

4   out from behind the truck, were you in front of the

5   truck?

6       A.   No.  No.  No.  No.  No.  We was already out

7   past the truck.  The mailman -- I promise you on

8   everything I love, Miss, we was already from behind the

9   truck.  We was already in the road crossing the street.

10  That's on everything I love.

11      Q.   I'm trying to understand --

12      A.   What I'm saying --

13      Q.   -- where you were.  Because you said you were

14  playing in the grass and then you came out --

15      A.   No.  We -- No.  No.  No.

16      Q.   -- between the car and the truck; is that

17  correct?

18      A.   No.  We wasn't back in the grass.  I showed

19  you where we started crossing the street when we

20  started going across.  And I don't mind doing it again.

21  And I don't mind doing it again.  We was right here.

22  We was -- this is where me and Breeon started walking

23  across the street from.  If you see this area right

24  here, just -- move out the way, Walt, please, baby.

25  Get out the way, honey.

1       This is where me and Breeon started going
2   across the street right here.  Now, this is where my
3   dad's truck was parked in this area right here.
4   (Indicating)
5       **Q.**   Is that correct?
6       **A.**   Yes, ma'am.  This is where we started going
7   across the street at.  Okay.  This right here is where
8   we went to cross -- I'm going to show you.  This is
9   where we went to crossing the street at.  We never --
10  we didn't cross the street walking up here by the
11  mailbox.  We never went to crossing the street right
12  there.  We went to crossing the street right here.
13  This is where me and Breeon went to crossing the street
14  right here.  This right here area, this right here is
15  where I got hit at on my left side and my body ended up
16  over there.  (Indicating)
17      **Q.**   Across the street?
18      **A.**   Yeah.  My body ended up right here.  My body
19  ended up way right here.  This is where my body ended
20  up over here from way over there.  (Indicating)
21      **Q.**   About how far is that from your mailbox?
22      **A.**   To be honest, I can't give you -- know what's
23  the name.  But I want to say, oh, wow.  If I walked
24  that way one, two, three, four, five, six, seven,
25  eight, nine; nine, I walked nine steps from my mailbox

1   over here.  (Indicating)

2          So I wouldn't be able to really calculate that

3   up because I ain't good with math and I let other stuff

4   where -- it was -- it's a decent distance.

5      **Q.**   And you said you were crossing the street --

6      **A.**   Yes, ma'am.

7      **Q.**   -- not by the mailbox.  About how far from the

8   mailbox were you when you started crossing the street?

9      **A.**   Right here.  If you can see where I'm standing

10  there and the mailbox right there.  (Indicating)

11         And then from --

12     **Q.**   Is that your neighbor's mailbox we're looking

13  at or your mailbox?

14     **A.**   No, that's my mailbox.  This mailbox right

15  here belong to us.  (Indicating)

16     **Q.**   About how many --

17     **A.**   And this right here --

18     **Q.**   -- feet is that?

19     **A.**   One, two, three, four, five, six, seven feet.

20     **Q.**   Seven feet --

21     **A.**   Seven feet from the mailbox.

22     **Q.**   -- or seven steps?

23     **A.**   Yes, ma'am.  Well, I said seven feet.  Seven

24  steps.  You've got to excuse me, ma'am.  That's why I'm

25  going back to school now to get what I need to get now.

1   But, yeah, seven steps from here to the mailbox.

2   (Indicating)

3       **Q.**   Okay.  So you were about seven steps from the

4   mailbox when you started crossing the street?

5       **A.**   Yes, ma'am.  Yes, ma'am.  This is what -- and

6   this is exactly -- you see where the driveways line up,

7   this is where I was -- me and Breeon was going across

8   right here.  We was going across right here, not over

9   there.  (Indicating)

10       **Q.**   So about the center of your neighbor's

11   driveway?

12       **A.**   Yes, ma'am.  Yes, ma'am.  And this is where

13   everything happened at.

14       **Q.**   You said when you were -- when you and Breeon

15   were walking from the grass to start crossing the

16   street, the truck was on your left, correct?

17       **A.**   It was, yes, ma'am.  It was.  It was.

18       **Q.**   And the gold car was on your right; is that

19   correct?

20       **A.**   Yeah.  Branchisha's car was on this side of

21   us, yes, ma'am.  Her car was right here, parked right

22   here by the mailbox.  It was right along there, right

23   there.  (Indicating)

24       **Q.**   Were you able to see the postal truck when you

25   were behind your father's truck, or did you see it only

1    after that?

2       A.   No.  It was -- to be honest, ma'am, we seen

3    the postal -- we seen the postal truck when he was

4    coming, when he was right there at the house -- at the

5    house.  We seen him when he was right there.  But when

6    he came right here, we was already -- we was already

7    going across the street from that grass area.  That's

8    what I been trying to tell you the whole time.  When he

9    was right there we was already in the motion crossing

10   the street.  We was crossing the street when he got to

11   the third house.  We was already in motion crossing the

12   street.  That's what I'm trying to tell you.  We was

13   already going across the street.

14      Q.   Were you stopped or in motion when you first

15   saw the postal truck?  I think I'm confused.

16      A.   No.  We -- no, ma'am.  We was already in

17   motion going across the street.  That's -- if we had --

18   I wish the (unintelligible) was up.  But we was already

19   in motion going across the street as it was already.

20           That man, like I said, he was at the house

21   right there but we was already in motion going across

22   the street when -- I guess when he started, I guess

23   that's when he hit the accelerator a little too much

24   because ain't no -- ain't -- there is no way that you

25   can hit somebody and they speed-walking across the

1   street and you way back there.  That mean you had to be

2   going over your speed limit.

3        **Q.**   Did you look down the street before you

4   started moving to cross it?

5        **A.**   Yeah.  We always do that.  We always do that

6   but --

7        **Q.**   What did you see?

8        **A.**   We seen the -- to be honest, the mailman

9   wasn't -- that mailman -- that mailman was right there

10  at that -- what's the name of the -- he stopped right

11  there because he looked.  I seen the man looking -- he

12  looked at a package, then he came to that mailbox right

13  there.  And when I seen -- when he looked at that

14  package and we was -- me and Breeon was right here

15  almost to that yellow line.  But when he was at that --

16  at the third house, we was right here, right here

17  fixing to step.  When we stepped like that and I looked

18  up, I had to push my baby's head and make him topple

19  across the road.  And when I got ready to hurry up and

20  get on, that's when he hit me on my left side.  He hit

21  me on --

22             **MR. HUNT:**  Tony.  Tony.

23             **THE WITNESS:**  Huh?

24             **MR. HUNT:**  You told us that now a couple

25        times.  Let Ms. Wise ask her questions.  Okay?

1          **THE WITNESS:**  Okay.

2    BY MS. WISE:

3          **Q.**   You said that the postal truck hit you on the

4    left side?

5          **A.**   Yes, it did.

6          **Q.**   What part of the truck hit you, or do you

7    know?

8          **A.**   The part -- the -- okay.  His left side -- the

9    left side is what hit me.  His left side.  His --

10   that -- that piece over there where the light at,

11   that's the side that hit me the girl said.

12         **Q.**   Who is that?

13         **A.**   The girl -- Zeeamara across the street,

14   because she was out there watching everything.  The

15   only thing I remember before I got hit was me pushing

16   Breeon in the back of the head across the street and me

17   trying to hurry up and step over the -- step over that

18   last line to get across the street where my baby was,

19   but I couldn't make it over that line before I got hit.

20              And the only thing I remember after I got hit

21   was the police lady slapping me in my face asking me do

22   I know what day and time it was; do I know what year we

23   was in; do I know this and do I know that.  That's the

24   only thing I remember after getting hit.  But before I

25   got hit, that's exactly what I -- everything that I

1   told you, ma'am, ain't nothing but the truth so help me

2   God.

3       **Q.**   So besides what your neighbor told you, do you

4   know what part of the truck hit you; did you see it?

5       **A.**   To be honest, to be honest, no.  But they was

6   out here watching so, you know, I'm just --

7           **MR. HUNT:**  Tony.  Tony.  You've answered the

8       question.

9           **THE WITNESS:**  Okay.  Okay.

10  BY MS. WISE:

11      **Q.**   What part or parts of your body did the truck

12  hit?

13      **A.**   It hit me on my left side like over here like

14  my lower left torso area.

15      **Q.**   Anywhere else?

16      **A.**   No, ma'am.  That's all it hit and that's it.

17      **Q.**   And then when you were -- you said that you

18  ended up in the ditch across the street.  What part of

19  your body hit the ditch first, do you know?

20      **A.**   Well, it didn't end up in the ditch.  My

21  legs -- my legs was right there in the grass where the

22  ditch was but my body was in the road.  Only my -- only

23  like from my ankles -- only my ankles and my feet was

24  in the grass but my body was sprawled in the road.

25      **Q.**   Were you unconscious after the accident?

1      **A.**   Yes, ma'am.  Until the lady -- until the lady

2   came and slapped me.

3      **Q.**   For how long were you unconscious?

4      **A.**   Oh, I was out -- to be honest, I would say a

5   good -- a good four, four or five minutes at the most.

6      **Q.**   How do you know that?

7      **A.**   Because from the time -- from the time that

8   Zeeamara said that she kept trying to wake me up and

9   from the time the police got there.

10      **Q.**   What time did the accident happen?

11      **A.**   I really don't remember exactly what time.

12      **Q.**   What's the next thing you remember after the

13   accident?

14      **A.**   I was in the hospital hurting.

15      **Q.**   You mentioned --

16      **A.**   That's all I can remember.

17      **Q.**   You mentioned someone tried to wake you up.

18   Could you just walk me through what happened from when

19   someone tried to wake you up afterwards?

20      **A.**   Well, the police lady -- the police lady kept

21   slapping me and slapping me until she finally got me

22   up.  She asked me did I remember what date it was; what

23   time it was; what year we was in and all that.  And

24   then she asked me could I move.  I told her no, because

25   I couldn't even feel my legs.  Then that's what made

1   her -- she went to feeling -- I guess she felt like

2   that was an emergency or something.  So she was -- I

3   guess she called dispatch or whatnot, then they brought

4   the ambulance.  The ambulance put the thing around my

5   neck and they had the -- it took them awhile for them

6   to ease my body on the stretcher because of the pain

7   that was going through my body and whatnot.  But

8   that's -- that's what I do remember.

9        **Q.**   You mentioned that it was a police woman who

10  was slapping you.  Was it a police officer or somebody

11  from the ambulance, or do you know?

12       **A.**   It was -- she was from the Polk Sheriff's

13  Department.  She had the green uniform on.

14           **MS. WISE:**  Just a second.  (Pausing)

15            Could we pull up Exhibit 2, please?

16            (Whereupon, there was a brief pause.)

17  **BY MS. WISE:**

18       **Q.**   Mr. Hendrix, I'm showing you what is a photo

19  from Google Maps --

20       **A.**   Okay.

21       **Q.**   -- that I understand was taken in 2016.  Do

22  you recognize what's in this photo?

23       **A.**   Yeah.

24       **Q.**   What is it?

25       **A.**   Branchisha car was -- it's not parked where it

1   usually be parked and that's about it.  And the mailbox

2   different.  That's about it.

3       **Q.**   The mailbox is different?

4       **A.**   Yeah.  Because it wasn't -- my -- our mailbox

5   was like that in 2016, but we got a new mailbox.

6   That's about it.  But her car wasn't parked like that

7   the day of the accident.  Her car wasn't parked like

8   that the day of the accident.  Her car was parked the

9   long way like it was on that first thing.

10      **Q.**   Okay.  There's a trash can in the right-hand

11  side of this photo.  Was there a trash can out the day

12  of the accident?

13      **A.**   Not that I can remember.  No, not that I can

14  remember.  And wasn't no -- and wasn't nobody staying

15  in this house the day I got hit.  When I got hit wasn't

16  nobody staying in the house next door to us.

17      **Q.**   The house next door?

18      **A.**   Yeah.  Wasn't nobody staying there when I got

19  hit; nobody was staying in that house.

20      **Q.**   And there's some bushes on the right-hand

21  side.  Did the bushes look about like that the day of

22  the accident?

23      **A.**   Them bushes was -- they been like that.

24      **Q.**   Is this about how the bushes looked the day of

25  the accident?

1    A.   Yeah.

2    Q.   And just to be clear, I'm talking about the

3   bushes between the truck and the trash can, correct?

4    A.   Excuse me.

5    Q.   Just to be clear, we're talking about the

6   bushes that are in this photo between the truck and the

7   trash can, correct?

8    A.   Yeah.  Those bushes are the same, yes, ma'am.

9    MS. WISE:  I believe I'm finished with that

10   exhibit, Ms. Collins.  Thank you.

11   BY MS. WISE:

12   Q.   What happened when the ambulance arrived,

13   Mr. Hendrix?

14   A.   They put - what's the name - on my neck and

15   put me on the stretcher and they did what they had to

16   do.  They took me to the Lakeland Regional Hospital.

17   Q.   You said they put something on your neck.  Was

18   that a stiff collar, or something else?

19   A.   It was like the thing with the little pad that

20   the people have on them when they get in an accident

21   and stuff.  I don't know what it's called, to be

22   honest.  I don't know what it is.

23   Q.   What happened on the ambulance ride to the

24   hospital?

25   A.   The man just kept asking me what happened and

1    the only thing -- and the only thing I could tell him

2    was that my nephew wasn't hit.  That's the only thing I

3    could remember.  The only thing I can tell him was my

4    nephew ain't dead.

5         **Q.**   Who was in the ambulance?

6         **A.**   The ambulance people.

7         **Q.**   Were there two of them, three of them; do you

8    remember?

9         **A.**   It was -- I want to say it was two, two -- I

10   want to say it was two of them at the most.

11        **Q.**   Were they male or female, or do you remember?

12        **A.**   I don't remember that.  To be honest, I don't

13   remember that.  But I do --

14        **Q.**   Was anyone from your family -- I'm sorry.

15        **A.**   No.  No.  No.

16        **Q.**   No one from your family went with you in the

17   ambulance?

18        **A.**   No.

19        **Q.**   What happened when you got to Lakeland

20   Hospital?

21        **A.**   Well, to be honest, they had -- they had to

22   stitch my eye up.  They had to peel back the hair from

23   my head from where it was a laceration in back of my

24   head.  They had -- they gave me pain medicine.  That's

25   about it.  They sewed me up.  They gave me pain

1    medicine and that's about it.

2         Q.   You said that they had to stitch your eye.

3    Which eye did they stitch and where?

4         A.   My left eye right here.  It was busted wide

5    open.  (Indicating)

6         Q.   That's your left eyebrow?

7         A.   Yes, ma'am. (Indicating)

8              It was busted open.

9         Q.   And you mentioned that they had to peel your

10   hair around a laceration in the back of your head; is

11   that correct?

12        A.   Yes, ma'am.

13        Q.   What did they do to treat that laceration?

14        A.   Well, they cleaned it up real good and the

15   lady -- the nurse lady say that they really didn't have

16   to put no stitches on it so they cleaned it up to see

17   how bad it was.  It was just -- it left a permanent

18   knot, but it wasn't that bad.  It healed up within two

19   weeks.  It healed up within two weeks.

20             Then the little road rash burns that I had got

21   on my arm, she said they would heal up because they was

22   just like -- like as if -- they was just little scrapes

23   on my arms and legs and stuff.  And then she said -- I

24   know I had a fractured spine.

25        Q.   How do you know you had a fractured spine; who

1  told you that?

2       **A.**   The people at the hospital, and I still got my

3  paperwork.

4       **Q.**   Did you have X-rays at the hospital?

5       **A.**   Yes, ma'am.  I had them done at

6  Lakeland Regional, and a CAT scan done.

7       **Q.**   Did you have an MRI or any other kind of

8  testing?

9       **A.**   I wouldn't know what that is.  But I know they

10  put me in this machine that turned.

11      **Q.**   Where on your body did you have road rash?

12      **A.**   Let me -- under my arm.  (Indicating)

13      **Q.**   Just generally, you don't have to show us.

14      **A.**   On my arms, under my arms, my -- like my thigh

15  area and my legs and a little bit on my back

16  (Indicating)

17      **Q.**   Did you have any injuries from the accident

18  that we haven't talked about already?

19      **A.**   Well, I mean, the headaches.  The only thing I

20  can say we haven't talked about the frequent headaches,

21  the pain, the stiffness that come in my back.  The way

22  my back lock up on me when I'm doing certain -- like

23  when I'm walking too long or something like that my

24  back will lock up on me.  I can't -- I can't stand

25  straight up I want to.  I can't -- I can't really do

1    nothing too much like I want to because if I do like

2    standing too long putting pressure on my back, that

3    give me like -- like that give me pain in my lower back

4    which take it up to my -- which take the -- and the

5    pain go up to my shoulders and stuff.

6            And I'm waiting and I'm just -- and I'm just

7    waiting for everything to be all right.  But I know I

8    got to go to the doctor for the pain management.  I

9    just don't want nobody doing no surgery on me because I

10   heard what that can do.  And I just been trying to

11   avoid surgery because I don't have nobody to really

12   help me if I was to have surgery.  So I just been

13   avoiding surgery as much as I can.

14      Q.   How long were you in the hospital after the

15   accident?

16      A.   Well, to be honest, I stayed in there a day

17   and a half because the man said if I can show him that

18   I can walk just a little bit down the hall, then they

19   would release me and, you know, he -- he -- they -- he

20   walked with me down the hallway for, I want to say,

21   about two hours to make sure I had enough strength on

22   my feet.  And he asked me did I have somebody at home

23   at the time that could help me and I told him, yeah, my

24   mom would and, you know, and he had released me the

25   third day, the third or second day, whichever one come

1    first.

2         Q.   Do you remember if you spent one night or two

3    nights at the hospital?

4         A.   I want to say it was almost two nights.  Yeah,

5    almost two nights at the most.  I want to say -- I

6    can't really remember but I know it was probably one or

7    two nights at the most.

8         Q.   What did the hospital tell you when you were

9    discharged?  Did they ask you to come back?  Did they

10   tell you to take medication, what happened?

11        A.   Well, I took my -- I took my -- I took my

12   medication, the Oxycodone they gave me.  I did my

13   checkup.  I did have Medicaid at the time so a lot of

14   doctors wouldn't take me.  That's the time I was

15   fighting my Social Security disability case during that

16   time.  And, you know, I didn't have no Medicaid so

17   nobody really took me.  So I had to -- I really had to

18   fend for myself, basically, on that end.

19        Q.   You said Social Security disability, what was

20   the basis of your disability?

21        A.   The basis of my disability was basically for,

22   I guess, mental health issues and stuff like that.

23        Q.   Separate from the injuries in this accident?

24        A.   Yes, ma'am.  Yes, ma'am.

25        Q.   You mentioned that you were given Oxycodone.

1    How many days of a supply were you given of Oxycodone?

2         **A.**   She -- they gave me, I want to say, 15 day

3    supply of them.

4         **Q.**   Did you take it for all 15 days?

5         **A.**   Yes, ma'am, I did.  It helped with the pain

6    but it just left me -- it almost left me like as if --

7    as if my body was getting addicted to them.  So after

8    the 15 days I just stopped taking them and went and got

9    some -- the pain for the body and back, the back and

10   body pain pills for my back because I felt my body

11   getting addicted to that -- the Oxycodone.

12         And I heard a lot of people saying that that

13   was a serious thing, that people do get addicted to

14   them.  So after the -- after that last pill, I just

15   stopped taking them because I felt my body getting

16   addicted to them.  And when I asked people what was

17   going on, they said those pills are very addictive.  If

18   I wasn't sure I wouldn't take them no more.  So that's

19   what made me not take them anymore.

20         **Q.**   After you stopped taking that Oxycodone, did

21   you take any other kind of pain medication for your

22   injuries?

23         **A.**   I was -- I went back and forth to the hospital

24   for inflammation and pain in my back.  And one time I

25   had -- my back had locked up on me while I was in the

1    bed and my momma had to call the police -- the

2    ambulance rather, to get me out the bed and stuff.

3    And, you know, they took me to the hospital.  And the

4    people gave me some more anti-inflammatory -- they gave

5    me, I want to say it was Tyla -- what -- Ibuprofen

6    something.  But it was for the frequent headaches and

7    stuff that I was having.  And, you know, and now I just

8    take back, bath and body for right now.  Well, back and

9    body for right now.

10        **Q.**   Back and body?

11        **A.**   Yes, ma'am.

12        **Q.**   Who manufactures that; do you know?

13        **A.**   No.  It's --

14        **Q.**   Is that Tylenol or Advil or --

15        **A.**   I want to say it's Tylenol -- through Tylenol,

16    yes, ma'am.

17        **Q.**   You mentioned that you've been to the hospital

18    after that initial time based on these injuries.  How

19    many other times have you been to the hospital based on

20    your injuries from this accident?

21        **A.**   To be honest, I only -- I only went to the

22    hospital about four times, but that's about it.  And

23    they -- and they really couldn't do nothing for me so I

24    just started dealing with the pain, with my pain

25    medicine.  My momma did the hot -- the hot compress.

1    The only thing we can't do is when it feel like it want

2    to swell up, it swells up.  When it want to swell up

3    and put me out of commission, it put me out of

4    commission.  And I just got -- that's the only thing I

5    can do is deal with it because there's nothing else I

6    can do with it.

7        Q.   When you're out of commission, about how long

8    are you out of commission?

9        A.   Sometimes I be out of it for like a day or

10   two.  Sometimes it will be a day, sometimes it could be

11   three or four days.  It depends on if it's too hot or

12   if the weather change because that's -- it seems like

13   that's what happen every time it get cold that's when

14   my back start locking up.  If it get too hot, that's

15   when, you know, like the inflammation start and like my

16   back swell up real bad and I really can't move, can't

17   turn or none of that.  And I just -- like I'm not going

18   to be like -- I be irritated since the accident because

19   I really can't do nothing I really want to do.

20       Q.   About how often are you out of commission

21   based on your injuries from this accident?

22       A.   How locked in?

23       Q.   About how often?  I'm just trying get a sense

24   if it's every now and then, if it's every week.

25       A.   No.  I'll say -- I'll say in a week time I say

1    it's about three times a week.  But my back only locked

2    up on me like five times during the whole -- the whole

3    time from the accident.  But the headaches is frequent.

4    The headaches is like three or four times a week.  And

5    that -- it get painful.

6        Q.   When did you first have a headache after this

7    accident?

8        A.   I would say -- well, I can't lie like -- when

9    they was pulling -- when they was pulling the hair back

10   off my head, like I had a headache then.  But I want to

11   say a day after I got out of the hospital, like I

12   had -- I started having bad migraines, bad migraines,

13   bad migraines.  And it just seem like it haven't

14   stopped yet.

15        Sometimes it will get so bad to the point

16   where it will feel like as if my -- it will see as if

17   my vision getting blurry and stuff like that.  But

18   that's just how bad it got.  And, you know, I don't --

19   and you know I'm not new -- I'm just new at this kind

20   of stuff because I never had these kind of injuries.  I

21   mean, I never dealt with this kind of stuff before.

22        Q.   After you were discharged from the hospital

23   immediately after the accident, when did you next see a

24   doctor about your condition?

25        A.   Well, I had to -- what's that -- what doctor

1  was that -- what doctor was that?  I had to go to the

2  chiropractor to be exact.  I went to the chiropractor

3  and that was it.  I went to a chiropractor.

4       **Q.**   About when was that?

5       **A.**   Oh, Jesus.  I want to say a couple -- a couple

6  of weeks after -- I want to say -- to be exact, to be

7  exact, I want to say it was the -- I want to say it had

8  to be around -- I want to say it had to be around

9  April.

10      **Q.**   April of 2017?

11      **A.**   Yes, ma'am.

12      **Q.**   Why did you wait so long; that was about four

13  months after the accident, correct?

14      **A.**   Yes, ma'am.  But I -- you have to understand a

15  lot of things.  I didn't have no -- I didn't have no

16  transportation.  I really didn't have nobody helping me

17  do nothing, to be honest.  I barely had people to go

18  get my prescriptions for me because I really had nobody

19  to help me.

20      **Q.**   What was the name of the chiropractor that you

21  saw?

22      **A.**   Oh, wow.  Mohammond (phonetic), Mohammed

23  (phonetic).  Dr. Mohammed.  I don't know how to

24  pronounce it right, but it was Dr. Mohammed.

25      **Q.**   What did Dr. Mohammed tell you when you first

1    saw him or her?

2        A.   He -- the only thing he -- the only thing he

3    told me was that I would need to keep coming to him and

4    like I told him, and I was very upfront and very honest

5    because I come from a money -- a money-hungry family, I

6    told him I said, some days I won't be able to come to

7    you if I don't have no gas money.  I mean, and I'm just

8    only being honest.  I was only being honest with him

9    and at that time I had no means of really have -- of

10   making no money to have gas money.  So my momma only

11   took me when she could take me.  And that's about it.

12   And (unintelligible) only came around every now and

13   then and if I didn't have no gas money for her to take

14   me, I just didn't have no ride.  So I -- it wasn't my

15   fault.

16       Q.   About how many times did you go see the

17   chiropractor?

18       A.   I would have seen him a lot -- I mean, a lot

19   of times.

20       Q.   Can you give me an approximate number?

21       A.   To be honest, I can't give -- I really, to be

22   honest, I can't give you no approximate number.  But I

23   know I went and seen him a lot of times, though.

24       Q.   Was it more than ten?

25       A.   Yes, ma'am.  It was more than ten, yes, ma'am.

1    **Q.**   Was it more than 20?

2    **A.**   I wouldn't -- I wouldn't be able to say all

3    that.  But I know I went to see him.

4    **Q.**   How often did you go see him?

5    **A.**   Once a week.  Once -- I want to say once a

6    week.

7    **Q.**   What happened at the visits with Dr. Mohammed;

8    what did he do?

9    **A.**   Well, he basically -- he basically put me on

10   this table.  He put this machine on my back.  He put

11   these little sticky things -- he put these little

12   sticky things on my back and cut this machine on and

13   just let it run for about 30 minutes to an hour.  And

14   that's about it.

15   **Q.**   Did the treatments with Dr. Mohammed improve

16   your condition at all?

17   **A.**   I mean, it helped.  I won't lie.  It did help

18   me.  It did help.

19   **Q.**   When did you last see Dr. Mohammed?

20   **A.**   To be honest, I don't have no clue.  I don't

21   have no clue, to be honest.

22   **Q.**   Have you seen any other doctors beside

23   Dr. Mohammed since you left the hospital for your

24   injuries?

25   **A.**   No, I haven't seen no other doctors.  I'm

1    waiting on the -- the only thing I'm waiting on now is

2    my pain management case from my -- my primary care

3    doctor.

4         Q.   What do you mean, you're waiting on your pain

5    management case?

6         A.   Because they -- through my PCP since I just

7    got approved for my Medicaid and all that, I have a

8    primary care doctor.  They had to switch it from the

9    doctor in Orlando to the doctor that I can get closest

10   to.

11        Q.   Who is your primary care doctor now?

12        A.   Hold on.  (Perusing documents)

13             It's Rekha Issar.  It's R-E-K-H-A is the first

14   name.  And Issar is the last name.  I-S-S-A-R.

15        Q.   You mentioned that now you have Medicaid.

16   When did you first start having Medicaid?

17        A.   A couple of months ago; like two months ago.

18        Q.   Did you have health insurance at the time of

19   the accident?

20        A.   No, ma'am.  I had no kind of insurance.

21        Q.   Did you have insurance between the accident

22   and when you got Medicaid; have you had any other

23   insurance?

24        A.   No, ma'am.

25        Q.   I understand you were -- that you had a

1   surgery in February of 2017; is that correct?

2        A.   No, because I wouldn't let them do it.

3   Because I didn't -- I didn't have no help and how can I

4   have surgery if I'm not going to have nobody to help me

5   do nothing.  That's what I was just telling you.  I

6   didn't have -- I don't have no help now and I didn't

7   have no help then.  And the only reason why I'm back at

8   my mom house is because of my mom.

9        Q.   Have you ever had any surgery at Florida

10  Hospital?

11       A.   At Florida, nuh-uh.

12       Q.   The records I've reviewed said that you had a

13  breast surgery at Florida Hospital in 2017?

14       A.   A what surgery?

15       Q.   A breast surgery.

16       A.   No.  No.  No.  Babe, ya'll got the -- ya'll

17  got the wrong person.  No, I'm Tony Hendrix.  Ya'll got

18  the wrong person.  I ain't got no breasts.

19       Q.   Have you had any surgery since the accident?

20       A.   No.  I don't have -- Miss, look, I don't have

21  no teats.  I don't have breasts.  Ya'll got the wrong

22  person.  I don't know who ya'll looking for but it

23  ain't me.  Nuh-uh.  That ain't me.  Nuh-uh.

24       Q.   Have you ever been arrested?

25       A.   Is that relevant to this case?

1          **MR. HUNT:**  Well, actually, yeah, everybody

2       gets asked that question, Tony.

3    **A.**   Okay.  Yeah, I have.  Yeah, I have.

4  BY MS. WISE:

5    **Q.**   How many times have you been arrested?

6    **A.**   A lot.

7    **Q.**   More than ten?

8    **A.**   If so, at the most.

9    **Q.**   Fewer than ten?

10   **A.**   I ain't going to say that.  But I been

11 arrested.

12   **Q.**   Have you been arrested since this accident?

13   **A.**   Since the accident, yeah.

14   **Q.**   How many times?

15   **A.**   Once.

16   **Q.**   When was that?

17   **A.**   January.

18   **Q.**   January immediately after the accident?

19   **A.**   Yeah.  Yes, ma'am, rather.

20   **Q.**   What was that?

21   **A.**   Yes, ma'am.

22   **Q.**   What were you arrested for in January of 2017?

23   **A.**   Well, it's supposed to -- I got -- I had got

24 arrested for, I want to say -- I don't know.  I don't

25 what they arrested me for.  But I think it was for --

1    for -- what was it for?  What was it for?  I don't

2    remember that.  I don't exactly remember.  I don't

3    remember but I know I beat the case in court.  But

4    that's about it.

5         **Q.**   Was it for battery?

6         **A.**   I don't remember what it was for.

7         **Q.**   You were arrested and you don't remember what

8    it was for?

9         **A.**   Yes, ma'am.  Look how long ago it's been.

10        **Q.**   Were you injured as part of the arrest or

11   leading up to the arrest?

12        **A.**   Well, I had -- the only thing -- I got jumped

13   on.  I got jumped on by my brother's girlfriend because

14   she was drunk.  And that's how that came about.  But

15   no, I don't remember exactly when.  That's about it.

16        **Q.**   By *brother's girlfriend*, do you mean

17   Branchisha Roundtree, or someone else?

18        **A.**   Branchisha Roundtree, yep.  Yep.  Her.

19   That's our -- that's our cousin and our -- my brother's

20   baby momma.

21        **Q.**   When you were jumped on did it injure your

22   back or your head?

23        **A.**   Well, she did push me in my -- which -- which

24   really, like, really set more pain off in my head.  But

25   that's about it.

1      **Q.**   Did Ms. Roundtree punching you affect your

2   headaches at all?

3      **A.**   No, because I had defend myself back from her.

4      **Q.**   But after the altercation with Ms. Roundtree

5   were your headaches better or worse or about the same?

6      **A.**   No, but they was still the same.  The only --

7   the only problem I had was the soreness with my back

8   from trying to tussle with her to keep her from hitting

9   me with all this stuff and all of that excess stuff.

10  That's the only -- that's the only problem I had was

11  back injuries.  That's the only thing I had was like

12  the pain in my back.

13     **Q.**   Could you tell me more about the pain in your

14  back after your altercation with Ms. Roundtree?

15     **A.**   It was only that pain from -- it was only that

16  pain for that day.  That's about it.  For that day.

17  The hours of trying to keep her from doing what she

18  wanted to do.

19     **Q.**   You said hours of keeping her from doing what

20  she wanted to do?

21     **A.**   Yeah.  Because didn't nobody want to call the

22  police until I went to punching her ass -- but Lord

23  forgive me.  Ain't nobody went -- ain't nobody do

24  nothing about it until I went to fighting back.  Yeah.

25  So it was -- it was about an hour of tussling with her

1    before I went to fighting back.

2        Q.   Was she punching you or kicking you or

3    something else because she was --

4        A.   She was punching me.  She was hitting me with

5    the stick and everything else.  They -- since -- oh,

6    Jesus.  I hate to put -- I ain't going to put my

7    business on here for you.  All right.  I would not even

8    talk about that no more because that's -- that's --

9    that's -- that's off my whole case, no need me even

10   going on.  But I would rather not even talk about that

11   no more.

12       Q.   Was your back healed from the car accident at

13   the time or were you still in pain?

14       A.   No.  I was still in pain.  I was -- I was just

15   at the hospital from December the 22nd with the day I

16   got hit to January -- December 30th.  You might as well

17   say December 31st.

18       Q.   So your altercation with Ms. Roundtree was

19   around a week after the car accident?

20       A.   Yes, ma'am.  Yes, ma'am.

21       Q.   Did you ever see any doctors about your

22   injuries from your altercation with Ms. Roundtree?

23       A.   The only thing that man said was my eye was

24   black and that was it.  And that was all that was done.

25       Q.   You said *that man*, which man?

1    **A.**   The hospital man.  I only suffered a black

2    eye.

3    **Q.**   You went to the hospital after your

4    altercation with Ms. Roundtree?

5    **A.**   Not actual hospital, ma'am.  The triage -- the

6    triage thing in the jail thing.  Let me be more

7    specific.

8    **Q.**   Was Ms. Roundtree taken into custody as well?

9    **A.**   No.  Because she was the -- she was the woman.

10   They didn't take the woman into custody.

11   **Q.**   Did you have any kind of medical testing or

12   anything after your alteration with Ms. Roundtree?

13   **A.**   I didn't need no medical testing because it

14   wasn't like -- it wasn't like I was being -- it wasn't

15   like I was getting beat up.  I only -- I only suffered

16   a black eye.

17   **Q.**   Which eye was it?

18   **A.**   My right one.

19   **Q.**   Have you had any recent treatment with doctors

20   for your injuries from the accident?

21   **A.**   No.  I have to wait for my pain management -

22   what's the name - to come from my PCP doctor.  And that

23   should be sometime this week.

24   **Q.**   When did you last see your PCP doctor?

25   **A.**   I saw them back in March.  Yeah, I seen them

1    back in March.

2        Q.   Have you had any other injuries since the

3    accident that we haven't talked about already?

4        A.   No.  I ain't got no other injuries since my

5    accident, no, ma'am.

6        Q.   Which of your injuries from the accident have

7    resolved or have healed up by now?

8        A.   Excuse me.

9        Q.   Have any of your injuries from the accident

10   healed up?

11       A.   My eye and my head.  The laceration on my

12   eye --

13       Q.   How about the road --

14       A.   -- and the laceration -- excuse me.

15       Q.   I interrupted you.  Please finish what you

16   were saying.

17       A.   I said the laceration over my eye and the

18   laceration in my head is healed.  I really haven't been

19   to a doctor to see if my spine was all right or not.

20       Q.   Did your road rash heal?

21       A.   Yes, ma'am, they healed.

22       Q.   Could you describe for me your condition now

23   as a result of the accident; what are you still dealing

24   with from the accident?

25       A.   I'm still dealing with the back pain, the

1    locking up of my back and the migraine headaches.  And

2    sometimes I'm not -- and I don't -- I know -- I know

3    the doctor that they sent me to did not do a good job.

4    But I -- it's the migraines, the back pain, the locking

5    up of my back and only -- only sometimes when I have

6    numbness going through my arms and my legs, sometimes.

7    Every now and then, I'm not going to say it's a

8    constant thing, but every -- I would say twice a month

9    I probably have like a numb -- a numb tingling feeling

10   going through my legs and through my arms.

11       **Q.**   You said that the doctor didn't do a good job;

12   which doctor was that?

13       **A.**   The doctor they took me to go see.  The one --

14           **MR. HUNT:**  Tony, don't -- that's going to be

15       our expert and I think you have his report.

16           **THE WITNESS:**  Yeah.  But he didn't do a good

17       job because he -- the lady told me that he said it

18       wasn't no permanent injuries with me and there are

19       permanent injuries with me, sir.

20   **BY MS. WISE:**

21       **Q.**   What are your limitations based on your

22   accident?

23       **A.**   I can't stand on my feet too long, for one.  I

24   can't --

25       **Q.**   About how long?

1      **A.**   Excuse me.

2      **Q.**   About how long can you stand on your feet?

3      **A.**   I probably can stand on my feet for maybe 20

4   minutes at the most before my back go to hurting.

5          I can't bend all the way over and touch my --

6   and touch my toes like I usually can.  I have to

7   wear -- I have to wear flip-flops all the time because

8   I can't bend over and tie my shoes.

9      **Q.**   Could you tie shoes before the accident?

10     **A.**   Yes, ma'am.  I can bend -- I could bend all

11  the way over before my accident.  And now I can only

12  bend over so far.

13     **Q.**   About how far can you bend over?

14     **A.**   I can bend over -- I can say I can -- I can

15  bend over about like this.  (Indicating)

16          I can bend over like this, but I can't go no

17  farther than that.  And if I try --

18     **Q.**   I don't want you to hurt yourself.

19     **A.**   Yeah, I know.  But if I tried to go any

20  further, it seems like pain go to shooting up my back

21  and that's been a big problem, a big major problem.

22     **Q.**   Do you have any other limitations besides the

23  ones you just mentioned?

24     **A.**   I can't -- I can't lift nothing too heavy what

25  I hurt in my back.

1       **Q.**   About how heavy can you lift?

2       **A.**   I'll say maybe about 25 pounds, 30 pounds at

3 the most.  But it got to be -- it can't have no major

4 weight to it.  It got to be something light, light.

5       **Q.**   Any other limitations?

6       **A.**   I mean, besides sitting up and have to keep

7 positioning myself in different sitting positions to

8 keep my back from hurting, that's about it.  Them the

9 only three things that's really wrong with me.

10       **Q.**   Have you ever had any other treatment at

11 Lakeland Hospital as a result of this accident?

12       **A.**   What?

13       **Q.**   Besides from this accident, have you ever been

14 treated at Lakeland Hospital for anything else?

15       **A.**   Not that I know of.

16       **Q.**   Have you ever been treated at

17 Osceola Regional?

18       **A.**   Huh-uh.  No, ma'am.

19       **Q.**   Have you ever been treated by a doctor through

20 Amazon?

21       **A.**   No, ma'am.  I think -- I think ya'll got the

22 wrong person because -- Huh-uh.

23       **MR. HUNT:**  Wait for a question.

24 BY MS. WISE:

25       **Q.**   Were you arrested in November of 2017?

1    **A.**   November, yes, ma'am, I was.

2         **Q.**   What do you remember about it?

3         **A.**   The nature of that -- my momma got mad with me

4    about -- about an outside person and she put me in jail

5    thinking she was doing that person a favor.  But she

6    had to come right back and drop the charges because she

7    needed me.

8         **Q.**   Was there any kind of physical fight involved

9    in that arrest?

10        **A.**   No, ma'am, it was not.  I just come from --

11        **Q.**   What are --

12        **A.**   I just come from a messed-up family.  That's

13   all that is.  Everybody put themselves and nobody

14   decide to help nobody.  That's -- that's what kind of

15   family I come from.

16        **MR. HUNT:**   Tony, just let her ask her

17        questions and this is going to be over soon, I

18        imagine.

19        **MS. WISE:**   I'm closing in.

20   BY MS. WISE:

21        **Q.**   Were you also arrested in May of 2018?

22        **A.**   Huh?

23        **Q.**   On a battery charge?

24        **A.**   May of 2018.  Yeah, I shore was.  I sure was.

25   I surely was.  And they dropped that charge too, not

1   guilty.

2       **Q.**   Were you involved in a physical altercation in

3   May of 2018?

4       **A.**   No, ma'am.  It was not -- it was no physical

5   altercation.  It was just that my boyfriend felt like

6   he could push me over -- over the gate and I got -- and

7   nothing was going to be done.  So I called the police

8   on him and they end up taking me to jail because I was

9   at his house.

10      **Q.**   Were you injured at all?

11      **A.**   Yep.  The only thing --

12      **Q.**   As a result of that incident?

13      **A.**   -- the only thing I had -- the only thing --

14  excuse me.

15      **Q.**   As a result of that incident were you injured

16  at all?

17      **A.**   I only had scratches on my legs from where he

18  pushed me over the little gate.  And that's about it.

19      **Q.**   Was there anyone who saw the accident who we

20  haven't talked about already today?

21      **A.**   Not that -- I really don't -- I really don't

22  know -- I know ya'll talked to Branchisha and I know

23  ya'll talked to my niece.  That's about -- that's about

24  the only people I know ya'll talked to, that ya'll

25  subpoenaed for court.  Ya'll had subpoenaed my momma.

1    Ya'll had subpoenaed my dad.  Well, Zeeamara wrote a

2    written statement but ain't nobody subpoenaed her.  And

3    they all was out there.

4        Q.    Have you talked to Branchisha about her

5    testimony in this case?

6        A.    No.  I don't even -- I don't even deal with

7    Branchisha after she said she was going to call -- have

8    somebody call up there and try to mess up my lawsuit.

9    I don't deal with her no more at all after that.

10       Q.    *After that;* what happened?

11       A.    She told -- she had -- Branchisha had a girl

12   named Antoinette to call the post office and tell them

13   people I was paying people to testify on my behalf for

14   me so -- because she felt like I wouldn't get my

15   lawsuit and then -- but -- the dude, the investigator

16   dude came out here and got pictures of my back and

17   everything.  And that's why I don't deal with her.

18       Q.    How did you find that out, that Branchisha

19   had --

20       A.    Because the -- because the girl, Annette --

21   the girl, Annette, she made a fake Facebook page and

22   tagged me in my -- in my inbox on some ole B-I-T-C-H,

23   you better hope your lawsuit go through because we

24   going to make sure you don't get it.

25              And I asked her, I said, well, baby, nowhere

1    (unintelligible).  Nothing ya'll do is going to stand

2    because I serve a good God and that's what I told her.

3    And then I was like, ya'll can tell the people anything

4    ya'll want to tell them.  And Antoinette said, oh,

5    well, I ain't -- I ain't know nothing besides what was

6    told to me from Brandy.

7         **Q.**   By Brandy, is that Branchisha?

8         **A.**   Yes.

9         **Q.**   What is Antoinette's last name; do you know?

10        **A.**   No, I don't know her last name.  But her and

11   Branchisha is the best of friends.

12        **Q.**   About when did all that happen?

13        **A.**   Not too long ago, right after Branchisha came

14   over there and made her statement to the -- to the

15   people when she came over to Tampa to make her

16   statement.  That's -- the day after she came that's

17   when all that happened.  Because the people -- the

18   investigator from the post office came out here, seen

19   me and took pictures of my back.

20        **Q.**   Did you talk to Ms. Bradshaw about her

21   testimony in this case?

22        **A.**   No.

23        **Q.**   How about Ms. Bradshaw's mother?

24        **A.**   No.

25        **Q.**   Besides your lawyer, or anyone at your

1   lawyer's office, who have you talked to about this

2   case?

3        A.   Nobody.  I don't tell people my business

4   because I know people mess in it.

5        Q.   What was that; I couldn't hear you?

6        A.   I said, I don't tell people about my case

7   because people are messy and they do -- they do nasty

8   stuff to people.  That's why I don't tell nobody my

9   business.

10       Q.   How do you know whether Miss Zeeamara across

11  the street has been subpoenaed or not?

12       A.   Because I was -- I was here when the dude came

13  and brought the subpoenas.  And he only had two, one

14  for Branchisha and one for my niece, Arianna Bradshaw.

15       MS. WISE:  I don't have any more questions,

16       but your lawyer may have some.  Thank you for your

17       time, Mr. Hendrix.

18       THE WITNESS:  Yes.  Thank you.

19       MR. HUNT:  I only have one, Tony, real quick.

20                    CROSS-EXAMINATION

21  BY MR. HUNT:

22       Q.   Early on, and I wrote this note down right

23  after you said it.  You said when the mail truck was at

24  that house three houses down by the mailbox --

25       A.   Uh-huh.

1       **Q.**   -- I think I heard you say that the lady

2    across the street from that saw him on his phone?

3       **A.**   Yes.   Zeeamara Torres.

4       **Q.**   Okay.   Okay.   That's what I wanted you to

5    clarify.   I didn't -- you didn't have that name at that

6    time.

7       **A.**   Okay.

8       **Q.**   That would be Ms. Torres?

9       **A.**   Yes, sir.   Yes, sir.

10          **MR. HUNT:**   That's all I have, Ms. Wise.

11          He will waive.

12          **COURT REPORTER:**   Thank you.

13          **MR. HUNT:**   I don't need a copy at this time.

14          **VIDEOGRAPHER:**   The time is 12:49.   We're going

15    off the video record.

16                       *  *  *  *  *  *

17          WHEREUPON, THE TAKING OF THE VIDEO DEPOSITION

18    WAS CONCLUDED AT 12:49 P.M.

19

20

21

22

23

24

25

1          **CERTIFICATE OF OATH**

2

3

4     STATE OF FLORIDA          :

5     COUNTY OF HILLSBOROUGH   :

6

7          I, DORCAS A. COLLINS, do hereby certify that the
      Witness herein was sworn remotely.
8
           Witness my hand and official seal this
9     15th day of June, 2020.

10

11

12                          *Dorcas A. Collins*
13                          DORCAS A. COLLINS
                            Notary Public, State of Florida
14
                            My Commission No. GG 940643
15                          expires:  12/17/23

16

17

18

19

20

21

22

23

24

25

1               **CERTIFICATE OF REPORTER**

2

3

4       STATE OF FLORIDA              :

5       COUNTY OF HILLSBOROUGH        :

6

7              I, DORCAS A. COLLINS, Court Reporter and Notary
        Public and for the State of Florida at Large,
8
               DO HEREBY CERTIFY that I stenographically
9       reported, via remote videoconferencing, the foregoing
        proceedings at the time and place so designated; that
10      a review of the transcript was not requested, and that
        the foregoing pages are a true and correct, verbatim
11      record of the proceedings.

12             I FURTHER CERTIFY that I am not a relative,
        employee, attorney or counsel of any of the parties,
13      nor relative or employee of such attorney or counsel
        connected with the action, nor am I financially
14      interested in the action.

15             Dated this 13th day of July, 2020.

16

17

18                          *Dorcas A. Collins*
                            _____
19                          DORCAS A. COLLINS

20

21

22

23

24

25