# EXHIBIT B

| Date of Crash 22/Dec/2016 03:09 PM | Time of Crash 22/Dec/2016 03:09 PM | Date of Report 22/Dec/2016 12:00 AM | Invest. Agency Report Number 2016-057523 | HSMV Crash Report Number 86446992 |
|---|---|---|---|---|

## CRASH IDENTIFIERS

| County Code 05 | City Code 0 | County of Crash POLK | Place or City of Crash UNINCORPORATED/WINTER HAVEN | Within City Limits No | Time Reported 22/Dec/2016 03:11 PM | Time Dispatched 22/Dec/2016 03:14 PM |
|---|---|---|---|---|---|---|

| Time on Scene 22/Dec/2016 03:16 PM | Time Cleared Scene 22/Dec/2016 05:59 PM | Completed Yes | Reason (if Investigation NOT Completed) | Notified By Law Enforcement |
|---|---|---|---|---|

## ROADWAY INFORMATION

| Crash Occured On Street, Road, Highway AVE R NW | At Street Address# | At Lattitude | and | Longitude |
|---|---|---|---|---|

| At Feet 50 | Or Miles | Direction West | From Intersection With Street, Road, Highway INMAN DRIVE NW | Or From Milepost # |
|---|---|---|---|---|

| Road System Identifier 5 Local | Type Of Shoulder 2 Unpaved | Type Of Intersection 1 Not at Intersection |
|---|---|---|

## CRASH INFORMATION (Check if Pictures Taken)   [X]

| Light Condition 1 Daylight | Weather Condition 1 Clear | Roadway Surface Condition 1 Dry | School Bus Related 1 No | Manner Of Collision 3 Angle |
|---|---|---|---|---|

| First Harmful Event Type | First Harmful Event 10 | First Harmful Event Location 1 On Roadway | Within Interchange No | First Harmful Event Relation to Junction 1 Non Junction |
|---|---|---|---|---|

| Contributing Circumstances: Road 1 None | Contributing Circumstances: Road | Contributing Circumstances: Road |
|---|---|---|

| Contributing Circumstances: Environment 1 None | Contributing Circumstances: Environment | Contributing Circumstances: Environment |
|---|---|---|

| Work Zone Related 1 No | Crash In Work Zone | Type Of Work Zone | Workers In Work Zone | Law Enforcement In Work Zone |
|---|---|---|---|---|

## VEHICLE (Check if Commercial) []

| Vehicle 2 | Motor Vehicle Type 1 Vehicle In Transport | Hit and Run 1 No | Veh License Number | State FL | Reg. Expires | Permanent Reg. Yes | VIN 1GBBS10E6K2309942 |
|---|---|---|---|---|---|---|---|

| Year 1989 | Make GM | Model UK | Style LL | Color WHI | Extent of Damage Minor | Est. Damage 2000 | Towed Due To Damage No | Vehicle Removed By EMPLOYEE | Rotation |
|---|---|---|---|---|---|---|---|---|---|

| Insurance Company SELF INSURED | Insurance Policy Number UNK |
|---|---|

| Name of Vehicle Owner (Check Box If Business) [X] UNITED STATES POSTAL SERVICE | Current Address (Number and Street) 1401 1ST ST N | City and State WINTER HAVEN FL | Zip Code 33881 |
|---|---|---|---|

| Trailer One: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|
| Trailer Two: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |

| Vehicle Traveling: | Direction East | On Street, Road, Highway ave r nw | At Est. Speed | Posted Speed 25 | Total Lanes 2 |
|---|---|---|---|---|---|

| CMV Configuration | Cargo Body Type | Area of Initial Impact | Most Damaged Area |
|---|---|---|---|
| Comm GVWR/GCWR | Trailer Type (trailer one) | Trailer Type (trailer two) | 18. Undercarriage 19. Overturn 20. Windshield 21. Trailer |
| Haz. Mat. Release | Haz Mat. Placard | Number | Class |

| Motor Carrier Name | US DOT Number |
|---|---|
| Motor Carrier Address | City and State | Zip Code | Phone Number |

| Comm/Non-Commercial | Vehicle Body Type 77 Other, Explain in Narrative | Vehicle Defects (one) 1 None | Vehicle Defects (two) | Emergency Vehicle Use 1 No | Special Function of MV 88 Unknown |
|---|---|---|---|---|---|

| Vehicle Maneuver Action 1 Straight Ahead | Trafficway 1 Two-Way, Not Divided | Roadway Grade 1 Level | Roadway Alignment 1 Straight | Most Harmful Event 2 Collision with Non-Fixed Object | Most Harmful Event Detail 10 Pedestrian |
|---|---|---|---|---|---|

| Traffic Control Device For This Vehicle 1 No Controls | First (1) Sequence of Events 2 Collision with Non-Fixed Object 10 Pedestrian | Second (2) Sequence of Events | Third (3) Sequence of Events | Fourth (4) Sequence of Events |
|---|---|---|---|---|

## PERSON RECORD

| Person# 2 | Description 1 Driver | Vehicle # 2 | Name JOHN V GREALISH | Date of Birth | Sex 1 Male | Phone Number | Re-Exam |
|---|---|---|---|---|---|---|---|

| Address 6838 N SOCRUM LOOP RD | City LAKELAND | State FL | Zip Code 33881 |
|---|---|---|---|

| Driver License Number FL | State | Expires 06/Dec/2017 | DL Type 5 E/Operator | Req. End. 1 Yes | Injury Severity 1 None | Ejection 1 Not Ejected |
|---|---|---|---|---|---|---|

| Restraint System 3 Shoulder and Lap Belt Used | Air Bag Deployed 2 Not Deployed | Helmet Use 3 No Helmet | Eye Protection 3 Not Applicable | Seating Location Seat 3 Right | Seating Location Row 1 Front | Seating Location Other 1 Not Applicable |
|---|---|---|---|---|---|---|

| Drivers Actions at Time of Crash (first) 1 No Contributing Action | Drivers Actions at Time of Crash (second) | Driver Distracted By 1 Not Distracted | Vision Obstruction 1 Vision Not Obscured |
|---|---|---|---|

| Drivers Actions at Time of Crash (third) | Drivers Actions at Time of Crash (fourth) | Drivers Condition at Time of Crash 1 Apparently Normal |
|---|---|---|

| Suspected Alcohol Use 1 Not Applicable | Alcohol Tested | Alcohol Test Type | Alcohol Test Result | BAC | Suspected Drug Use 1 No | Drug Tested | Drug Test Type | Drug Test Result |
|---|---|---|---|---|---|---|---|---|

| Source of Transport to Medical Facility 1 Not Transported | EMS Agency Name or ID NONE | EMS Run Number | Medical Facility Transported To |
|---|---|---|---|

## PERSON RECORD

| Person# 1 | Description 2 Non-Motorist | Name TONY B HENDRIX | Date of Birth | Sex 1 Male | Injury Severity 2 Possible | Phone Number |
|---|---|---|---|---|---|---|

| Address | City WINTER HAVEN | State | Zip Code 33881 |
|---|---|---|---|

| Non-Motorist Description Detail 1 Pedestrian | Non-Motorist Action Prior to Crash 77 Other, Explain in Narrative | Non-Motorist Location at Time of Crash 5 Travel Lane - Other Location |
|---|---|---|

| Non-Motorist Actions/Circumstance (First) 77 Other, Explain in Narrative | Non-Motorist Actions/Circumstance (Second) | Non-Motorist Safety Equipment (One) 1 None | Non-Motorist Safety Equipment (Two) |
|---|---|---|---|

Official copy obtained through BuyCrash.com

| Date of Crash | Date of Report | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|
| 22/Dec/2016 03:00 PM | 22/Dec/2016 04:00 AM | 2016-075259 | 84108832 |

| Suspected Alcohol Use | Alcohol Tested | Alcohol Test Type | Alcohol Test Result | BAC | Suspected Drug Use | Drug Tested | Drug Test Type | Drug Test Result |
|---|---|---|---|---|---|---|---|---|
| 1 No | | | | | 1 No | | | |

| Source of Transport to Medical Facility | EMS Agency Name or ID | EMS Run Number | Medical Facility Transported To |
|---|---|---|---|
| 2 EMS | POLK COUNTY EMS | S163571457 | LAKELAND REGIONAL MEDICAL CENTER |

## WITNESSES

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| ARIANA  BRADSHAW | | WINTER HAVEN | FL | 33881 |

## WITNESSES

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| BRANDSHIA  ROUNDTREE | | WINTER HAVEN | FL | 33881 |

## NARRATIVE

Vehicle #2 (V-2) is a mail carrier and was driven by (D-2) John Grealish. V-2 was heading East on on Ave R NW, Winter Haven. As he approached the driveway of 3802 Ave R NW, a small child (Bre-Yon Hendrix) darted out in front of his vehicle. D-2 could not see the child or adult who chased after the child, because the two vehicles parked in the driveway of 3802 Ave R NW, blocked his veiw. An adult male, Person #1 (P-1) Tony Hendrix ran out in the roadway and push his nephew Bre-Yon, across the roadway, to keep from getting hit by V-2. P-1 could not get out of the way of V-2 in time and was struck by V-2 on the front left corner and windshield.

Witnesses:

Brandshia Roundtree, the mother of Bre-Yon stated Bre-Yon had ran towards the road, when Tony seen this he ran after Bre-Yon and pushed Bre-Yon across the roadway, to keep him from getting struck by the mail truck, by Tony got hit.

Arianna Bradshaw, stated the same as Brandshia.

Tony Hendrix stated his nephew Bre-Yon ran towards the road and started to cross the road. Tony seen the mail carrier coming in his direction and knew the mail carrier could not see Bre-Yon, he ran after Bre-Yon and pushed him across the roadway, to keep Bre-Yon from getting struck. Tony said he tried to make it across the roadway, but got struck by the mail truck.

Two vehicles were parked in the driveway of 3802 Ave R NW. An additional car was parked parallel with the roadway, facing Inman Drive. The space between the vehicle closest to the roadway (in the driveway on the drivers side of the vehicle) and the parallel parked car's rear bumper were approximately 5 feet.

The mail truck had stopped approximately ten feet after impact, from where the child and adult had entered the roadway.

## REPORTING OFFICER

| ID/Badge # | Rank and Name | Department | Type of Department |
|---|---|---|---|
| 3909 | Dep. EDWIN ALEXANDER | Polk County SO | SO |

Official copy obtained through BuyCrash.com

| Date of Crash | Date of Report | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|
| 22/Dec/2016 03:00 PM | 22/Dec/2016 11:08 AM | 16-057523 | |

Case 8:19-cv-01145-SCB-AAS Document 28-2 Filed 09/01/20 Page 4 of 4 PageID 174



parked in driveway

parked in driveway

3802 Ave R NW

driveway

parked in front yard

mailbox

Veh 2 in motion

Veh 2 at rest

person 1 after impact

3813 Ave R NW

Polk County Sheriff's Office
Case# 16-057523
Date of Crash: 12/22/16
Not Drawn to Scale
Drawn by D/S E. Alexander #3909
Location: Ave R NW, Winter Haven

Official copy obtained through BuyCrash.com