# EXHIBIT P

**Human Factors Analysis Report**


**Tony Hendrix, Plaintiff**

**vs.**

**United States of America, Defendant.**

8:19-CV-01145
United States District Court
Middle District of Florida
Tampa Division


Prepared by:

Justin F. Morgan, Ph.D.

4300 W. Lake Mary Blvd
STE 1010 #141
Lake Mary, Florida 32746

June 30, 2020

## Assignment

I was retained on January 2, 2020, to perform a Human Factors analysis of a vehicle

versus pedestrian collision that occurred on Thursday, December 22, 2016, at approximately 3:09

p.m. The collision occurred on Avenue R NW in unincorporated Winter Haven, Florida. The

collision involved a 1989 Grumman Long-Life Vehicle (LLV), operated by John Grealish, and a

25 year-old male pedestrian, Tony Hendrix. The Grumman was traveling eastbound along

Avenue R NW and Mr. Hendrix was traveling north across the road from the residence at 3802

Avenue R NW. The Grumman and Mr. Hendrix reached collision on Avenue R NW.

## Investigation

During my analysis, I reviewed the following material:

1. Traffic Crash Report
2. Complaint
3. SF95
4. Medical Records from A1 Imaging
5. Defendant Responses to Interrogatories
6. Polk Co EMS Records
7. Lakeland Regional Health Records
8. RIMS data
9. Seminole Orthopedic Records
10. Spine & Injury Associates Records
11. Form 1700
12. Form 1769
13. Expert Disclosure and Report of Michael Smith, M.D.
14. Statements of:
    a. Michael Winter
    b. Brian Cox
    c. John Grealish
15. Depositions of:

June 30, 2020

    a.   Brandkisha Roundtree

    b.   Ariana Bradshaw

    c.   Tony Hendrix

In addition to the above-listed material, I also considered the following:

1. Environmental and astronomical data
2. Photography and map data
3. Vehicle data
4. Becker, T.L. (2003). *Vehicle-pedestrian-bicycle collision investigation manual* (2nd Ed.). University of North Florida Institute for Police Technology and Management. Jacksonville, Florida.

I inspected, measured, and photographed the accident site on June 29, 2019.

## Accident Site and Conditions

### Site Description

The collision occurred in a residential area. In the area of collision, Avenue R NW has an approximately east-west orientation and consists of a single travel lane in either direction separated by a double-yellow line. The eastbound lane has a width of approximately 9 feet (ft). The westbound lane has a width of approximately 9.2 ft. Sidewalks are not present. The posted speed limit is 25 miles per hour (mph). An aerial view of the site, dated January 17, 2016, is provided in Figure 1. A smaller-scale aerial, also dated January 17, 2016, is provided in Figure 2.

Hendrix v United States –Human Factors Analysis                                        Page 4 of 15



*Figure 1. Annotated aerial view of roadway (Google, January 17, 2016)*



*Figure 2. Small-scale aerial view of roadway (Google, January 17, 2016)*

June 30, 2020

The road is generally flat approaching and at the area of collision. A fence with landscaping is present between the residence where Mr. Hendrix was prior to the collision and the adjacent residence. This is fence is partially visible in scene photographs and is represented in Google StreetView imagery dated June 2016 (Figure 3). The fence and landscaping were in a similar condition on the date of my inspection (Figure 4).



*Figure 3. View towards area of imact (Google, June 2016)*

June 30, 2020

Hendrix v United States –Human Factors Analysis                                    Page 6 of 15



*Figure 4. View towards area of impact (P0009; June 29, 2020)*

Scene photographs show that a Chevrolet Silverado and a Mercury Grand Marquis were parked at the residence. The Chevrolet was parked in the driveway; the Mercury was parked in the yard parallel to the road (Figure 5). Note that Figure 5 also depicts the final rest of the Grumman.

June 30, 2020



*Figure 5. Scene image (IMG_0775)*

**Environmental Conditions**

      The collision occurred in clear, daytime, conditions with a dry road surface. Astronomical data for the area establishes the sun was not in a position to result in significant glare for the approach of Mr. Grealish or Mr. Hendrix to the area of impact.

## Statements and Testimony

**Brian Cox**

Mr. Cox is a United States Postal Service employee and responded to the scene. He noted the following in his written statement:

1. Mr. Grealish informed him a customer was hit while chasing a child,
2. Mr. Grealish informed him that he was not speeding,
3. RIMS data shows that Mr. Grealish was driving at 15 mph on Avenue R NW,
4. A gold sedan was parked in the yard, parallel to the road,
5. A black Chevrolet pickup was parked behind another car in the driveway, approximately 6 ft from the edge of the driveway and road,
6. A wooden privacy fence was present, and
7. Visibility into the yard was obstructed for drivers in an eastbound approach.

**Michael Winter**

Mr. Winter is a United States Postal Service employee and responded to the scene. He noted the following in his written statement:

1. Mr. Grealish informed him of two people running into the street and he was unable to stop in time, and

**John Grealish**

Mr. Grealish noted the following in his written statement:

1. He was east on Avenue R NW when two people appeared in front of him,
2. The two individuals were running,
3. He was approximately 3 ft away when the two individuals emerged,
4. He braked in response, and
5. One of the individuals cleared his path and he reached impact with the second individual.

June 30, 2020

Hendrix v United States –Human Factors Analysis                              Page 9 of 15

**Ariana Bradshaw**

Ms. Bradshaw is a relative of Mr. Hendrix and a witness to the accident. In her March 6,

2020, deposition, she testified that:

1.  A child, Breyon Hendrix, was running towards the street, and

2.  Tony Hendrix ran after the child and reached impact in the road.

**Brandkisha Roundtree**

Ms. Roundtree is a relative of Mr. Hendrix, the mother of Breyon Hendrix, and a witness

to the accident. In her March 6, 2020, deposition, she testified that:

1.  Her child, Breyon Hendrix, was born

2.  Her son suddenly ran towards the street,

3.  Tony Hendrix ran after the child and reached impact in the road,

4.  Cars were present in the driveway and yard of the property,

5.  Breyon Hendrix's height was less than that of the bed of the pickup truck parked

    in the driveway,

6.  A fence was present along the border of the property, and

7.  She did not observe the Grumman's approach to the area of impact.

**Tony Hendrix**

Mr. Hendrix noted the following in the Claim for Damage, Injury, or Death (Form 1105-

0008):

1.  He was watching his nephew outside of the house,

2.  He noticed a United States Postal Service employee speeding and not paying

    attention to his surroundings,

June 30, 2020

   3. He noticed his nephew was in the immediate path of the postal vehicle, and

   4. He reached impact while running to push his nephew out of the path of the postal
      vehicle.

In his June 15, 2020, deposition, Mr. Hendrix testified that:

   1. He was in good health on the date of the accident,

   2. He and Breyon Hendrix were attempting to cross the street at a speed-walking
      pace,

   3. He observed the Grumman stopped at a mailbox three houses away prior to
      entering the road, and

   4. Impact occurred when he was close to the centerline of the road.

## Analysis

**Visual Obstructions**

The fence and vehicles parked at the residence present a visual obstruction for eastbound
drivers' view of individuals in the yard. This fence is located approximately 16.5 ft from the road
edge. The visual obstruction presented by the fence is shown in Figure 6, below.



*Figure 6. Visual obstruction from fence (P0029_31_stitch; June 29, 2020)*

The Chevrolet pickup truck would also serve as a visual obstruction for eastbound traffic
and would obstruct sight lines beyond the obstruction presented by the fence. Assuming an
individual was tall enough to be seen over the bed of the pickup, this obstruction would be

June 30, 2020

partially reduced after the individual emerged from behind the cabin of the truck and began moving along the length of the pickup bed. Mr. Cox's statement notes approximately 6 feet of distance between the rear of the truck and the road.

The distance from the edge of the roadway and the area of impact is approximately 8.6 feet. With 6 ft between the rear of a 5.5 foot long pickup truck bed and the road, and an additional 8.6 ft from the edge of the road to the area of impact, a pedestrian would be visible for approximately 20.1 ft as they moved from behind the cabin of the pickup truck to the area of impact.

**Hendrix's Road Entry**

Two conflicting scenarios are provided through statements and testimony. Mr. Grealish, Ms. Roundtree, and Ms. Bradshaw describe Mr. Hendrix as running into the road in pursuit of Breyon Hendrix. In contrast, Mr. Hendrix testified that he was crossing the road with Breyon Hendrix at a speed-walking pace.

The average running speed for a male between 20 and 29 years old is 13.6 ft/s (range = 11.3 to 14.0 ft/s)[1]. If, as described by Mr. Grealish and the testimony of witnesses, Mr. Hendrix entered the road at running speed he would travel the visible distance from the cabin of the truck to the area of impact (20.1 ft) in approximately 1.5 s (with a range of 1.4 to 1.8 s, based upon running speed). Thus, he would be visible to eastbound traffic for approximately 1.5 s. With a perception-reaction time of 1.5 s, braking in avoidance by a normally attentive driver would be expected to begin at impact.

_____

[1] Becker, T.L. (2003). *Vehicle-pedestrian-bicycle collision investigation manual* (2nd Ed.). University of North Florida Institute for Police Technology and Management. Jacksonville, Florida.

The average walking speed for a male between 20 and 29 years old is 5.7 ft/s (range = 4.2 to 7.0 ft/s)[2]. If Mr. Hendrix stepped from the edge of the road and walked the 8.6 ft to the area of impact, he would have been in the road for approximately 1.5 s (range = 1.2 to 2.0 s). Thus, the Grumman would have been approximately 1.5 s from reaching his position when he stepped into the road. With a perception-reaction time of 1.5 s from a normally attentive driver, braking would be expected to begin at impact in this scenario.

Hypothetically, if the Grumman was at the posted speed limit of 25 mph, the vehicle would be approximately 55.0 ft away when he stepped into the road (range = 45.0 to 74.5 ft). If he was walking at an increased speed, as Mr. Hendrix testified to in his deposition, then his crossing would have occurred when the Grumman was closer.

Assuming that he was normally crossing the road and not running, the gap in traffic of 1.5 s that Mr. Hendrix accepted is a gap in traffic that most normally attentive pedestrians would reject. Gaps of under 5.0 s are routinely rejected by normally attentive pedestrians. Mr. Hendrix would have been able to avoid the collision by waiting approximately 2.0 s for the Grumman to pass his position. If Mr. Hendrix was normally crossing the road, then his performance is inconsistent with that expected from a normally attentive pedestrian.

**Grumman Speed at Impact**

The speed at impact of the subject Grumman was calculated from the vehicle's travel between impact and final rest. The area of impact was identified via the testimony of Mr. Hendrix and Ms. Roundtree. The area of final rest was identified via scene photographs that show final rest of the Grumman being approximately in line with the mailbox. This establishes a

---

[2] Becker, T.L. (2003). *Vehicle-pedestrian-bicycle collision investigation manual* (2nd Ed.). University of North Florida Institute for Police Technology and Management. Jacksonville, Florida.

distance between impact and final rest of approximately 11 ft. By braking over 11 ft at 0.7 g, the

Grumman would have an impact speed of 15.2 mph. With Mr. Hendrix in the road for

approximately 1.5 seconds before impact, no pre-impact braking by the Grumman is expected.

This calculated speed is in general agreement with the statement of Mr. Cox, who reported that

vehicle data from the subject Grumman shows a speed of 15 mph on Avenue R NW. Thus, the

Grumman was not likely at or above the speed limit in the time immediately before the accident.

**Grumman Position Based Upon Hendrix Testimony**

Mr. Hendrix described the Grumman as stopped at a mailbox three houses west of his

crossing location. This is a distance of approximately 171.7 ft (see Figure 7).



*Figure 7. View from Hendrix-identified mailbox to area of impact (P0038; June 29, 2020)*

June 30, 2020

The Grumman could not have started at this position and reached impact had it been at a stop. Hypothetically, rapid acceleration (at 0.42 g, which corresponds to a 0 to 60 mph time of 6.5 s) from a stop to 25 mph would require 2.7 s and 49.7 ft. However, Mr. Hendrix was only in the road for 1.5 s before impact. Mr. Hendrix would reach the area of impact 1.2 s before the Grumman reached 25 mph, at which time the Grumman would still be located 122 ft away. Thus, the Grumman was not likely located in the area described by Mr. Hendrix prior to his entry into the roadway.

If Mr. Hendrix walked 8.6 ft from the edge of the road to the area of impact at a walking pace of 5.7 ft/s, the Grumman would have to have an average speed of 78 mph (114.5 ft/s) between the mailbox and the area of impact, while still coming to a stop at the final rest location adjacent to the mailbox. However, braking to a stop from 78 mph (at 0.7 g) would require approximately 291 ft. Thus, the Grumman could not have covered the distance described by Mr. Hendrix and be able to reach the final rest location shown in scene photographs.

### Summary and Conclusions

The analysis shows that:

1. Visual obstructions were present that prevented a driver in Mr. Grealish's position from perceiving individuals at the residence until they were within 20.1 ft of the area of impact.
2. Mr. Grealish was likely traveling below the posted speed limit upon approach and at impact.
3. If Mr. Hendrix entered the road at running speed, he was not in the road long enough for a normally attentive driver to see and avoid him.
4. If Mr. Hendrix was performing a normal crossing of the road, his actions are inconsistent with those of a normally attentive pedestrian.
5. The subject Grumman was not in the position as testified to by Mr. Hendrix prior to his entering the road.

June 30, 2020

6. This accident was unavoidable for a normally attentive driver in Mr. Grealish's position.

## Signature

The opinions and conclusions expressed in this report are based upon a review of the material currently available to me, as well as my education, training, and experience, and have been reached within a reasonable degree of scientific probability. Should any new material or information become available these opinions may be modified or supplemented.

Justin F. Morgan, Ph.D.

June 30, 2020

**Appendices**

Appendix A – Site Inspection Photographs
Appendix B – Analysis
Appendix C – Curriculum Vitae
Appendix D – Testimony List
Appendix E – Compensation

**Appendix A.  Site Inspection Photographs**



P0001



P0002



P0003



P0004



P0005



P0006



P0007



P0008



P0009



P0010



P0011



P0012



P0013



P0014



P0015



P0016



P0017



P0018



P0019



P0020



P0021



P0022



P0023



P0024



P0025



P0026



P0027



P0028



P0029



P0030



P0031



P0032



P0033



P0034



P0035



P0036



P0037



P0038



P0039



P0040



P0041



P0042



P0043



P0044



P0045



P0046



P0047



P0048



P0049



P0050



P0051



P0052



P0053



P0054



P0055



P0056



P0057



P0058



P0029_31_stitch

**Appendix B.   Analysis**

# Analysis

## Grumman Speed at Impact

| **Impact to Final Rest** | |
|---|---|
| Distance, impact to final rest | 11 ft |
| Drag Factor | 0.7 g (-11.5 ft/s$^2$) |
| Speed at Impact | 15.2 mph (22.3 ft/s) |

## Hendrix Travel to Impact – Running

| **Running Speed** | |
|---|---|
| Low | 11.3 ft/s |
| Average | 13.6 ft/s |
| High | 14.0 ft/s |
| **Visibility Time** | |
| Visible Distance | 20.1 ft |
| Time in Visibility, Low Running Speed | 1.8 s |
| Time in Visibility, Average Running Speed | 1.5 s |
| Time in Visibility, High Running Speed | 1.4 s |
| **Time Available for Driver Response** | |
| Perception Reaction Time | 1.5 s |
| Low Running Speed | 0.3 s |
| Average Running Speed | -0.03 s |
| High Running Speed | -0.07 s |

## Hendrix Travel to Impact – Walking

| **Walking Speed** | |
|---|---|
| Low | 4.2 ft/s |
| Average | 5.7 ft/s |
| High | 7.0 ft/s |
| **Time in Road/Traffic Gap Accepted by Mr. Hendrix** | |
| Lane Edge to Area of Impact | 8.6 ft |
| Time in Road, Low Walking Speed | 2.0 s |
| Time in Road, Average Walking Speed | 1.5 s |
| Time in Road, High Walking Speed | 1.2 s |
| **Time Available for Driver Response** | |
| Perception Reaction Time | 1.5 s |
| Low Walking Speed | 0.5 s |
| Average Walking Speed | 0.01 s |
| High Walking Speed | -0.3 s |
| **Grumman Travel Conditions (Hendrix testimony)** | |
| Grumman Starting Position | 171.7 ft |
| Acceleration rate | 0.42 g (13.5 ft/s$^2$) |
| End Speed | 25 mph |
| Time in Acceleration | 2.7 s |
| Distance in Acceleration | 49.7 ft |
| Distance to AOI after Reaching 25 mph | 122.0 ft |
| Constant Speed Needed to Travel 171.7 ft in 1.5 s | 78 mph (114.5 ft/s) |
| Drag Factor | 0.7 g (-11.5 ft/s$^2$) |
| Distance to Stop from 78 mph | 290.7 ft |

**Appendix C.  Curriculum Vitae**

# Justin F. Morgan, Ph.D.
# Curriculum Vitae

Human Factors Scientist
justin@jfmorgan.net      (407) 906-4369
4300 W. Lake Mary Blvd. STE 1010 #141
Lake Mary, FL 32746

## Education

- Doctor of Philosophy in Applied Experimental and Human Factors Psychology, University of Central Florida, 2008
- Master of Science in Human Systems in Modeling and Simulation, University of Central Florida, 2006
- Bachelor of Arts in Psychology, University of North Carolina at Asheville, 2002

## Professional Experience

- Human Factors Scientist, JF Morgan, Lake Mary, FL, 2019 – Present
- Human Factors Scientist, Forensic Engineering Technologies, LLC, Lake Mary, FL, 2015 – 2019
- Research Scientist, Battelle Memorial Institute, 2014 – 2015
- Senior Research Associate, Virginia Tech Transportation Institute, 2013 – 2014
- Research Associate, Virginia Tech Transportation Institute, 2008 – 2013
- Graduate Teaching Associate, University of Central Florida, 2007 – 2008
- Graduate Research Associate, University of Central Florida, 2003 – 2007

## Certification

- ACTAR Accredited Traffic Accident Reconstructionist, #3051
- Certified XL Tribometrist, English XL Variable Incidence Tribometer

## Professional Development

- Pedestrian/Bicycle Crash Investigation – Level I, Institute of Police Technology and Management, 2017
- Automated Vehicles Symposium, San Francisco, CA, 2017
- Symposium on Traffic Safety, Institute of Police Technology and Management, Orlando, FL, 2017
- World Reconstruction Exposition, 2016
- Accident Reconstruction and Investigation, 2016
- Crash Data Retrieval User's Summit, 2016
- English XL Variable Incidence Tribometer Certification Program, 2016
- Traffic Crash Investigation I – Online Course, Northwestern University Center for Public Safety, 2015

# Justin F. Morgan, Ph.D.
# Curriculum Vitae

## Teaching and Curriculum Development
### University of Central Florida, Department of Psychology
- Cognitive Psychology
- Physiological Psychology
- Principles of Human Factors

## Honors and Awards
- Provost's Graduate Research Fellowship (2003)
- Graduate Research Fellowship (2006)
- Federal Motor Carrier Safety Administration Commercial Vehicle Operations Young Researcher Award (2011)

## Professional Affiliations
- American Psychological Association, Member (2001 – present)
- American Society for Testing and Materials, Member (2016 – present)
    - E58 Forensic Engineering and F13 Pedestrian/Walkway Safety and Footwear committee membership
- Human Factors and Ergonomics Society, Member (2003 – present)
    - Cognitive Engineering and Decision Making, Safety, and Surface Transportation technical group membership
- National Association of Professional Accident Reconstruction Specialists, Member (2015 – present)
- Society of Automotive Engineers, Member (2015 – present)
- Transportation Research Board, friend of Standing Committee on Bicycle Transportation (ACH20), Standing Committee on Human Factors of Vehicles (ACH30), Standing Committee on Pedestrians (ACH10), Standing Committee on Road User Measurement and Evaluation (ACH50), Standing Committee on Truck and Bus Safety (ACS60), and Standing Committee on Vehicle-Highway Automation (ACP30)

## Professional Activities
- Committee Chairman:  Safety Technical Group, Human Factors & Ergonomics Society (2012 – 2014)
- Host Committee:  2005 HFES Annual Meeting
- Mock Trial Expert Witness – 2019 Automated Vehicles Symposium
- Reviewer:
    - Journals
        - Accident Analysis and Prevention
        - Applied Ergonomics
        - Human Factors
        - Theoretical Issues in Ergonomics Science
        - Traffic Injury Prevention
        - Transportation Research Part C: Emerging Technologies
        - Transportation Research Part F: Traffic Psychology and Behaviour
    - Conferences

# Justin F. Morgan, Ph.D.
# Curriculum Vitae

- o International Driving Symposium on Human Factors in Driver Assessment, Training, and Vehicle Design
- o HFES Cognitive Engineering and Decision Making Technical Group
- o HFES Safety Technical Group
- o HFES Surface Transportation Technical Group
- o HFES Forensics Professional Group
- o International Conference on Managing Fatigue
- o SAE World Congress
  - ▪ Awards
    - o American Psychological Society Student Research Grants
    - o Collaborative Sciences Center for Road Safety (CSCRS) Multiyear Project Funding
- ▪ Session Chair:  2011 HFES Annual Meeting
- ▪ Session Co-Chair:  2012 HFES Annual Meeting


## Publications
### Peer Reviewed Papers
- ▪ DeLaere, G., Van Houten, R., Morgan, J.F., & Shurbutt, J. (2015). Countdown pedestrian signals and low-vision pedestrians. Transportation Research Record, 2492, 57-60.
- ▪ Marshall, L.D., Sottilare, R., Martins, R., & Morgan, J.F. (2007). Injecting realistic human models into the optical display of a future Land Warrior system for embedded training purposes. Journal of Defense Modeling and Simulation, 4(2), 97-126. DOI: 10.1177/154851290700400202.
- ▪ Morgan, J.F., Duley, A.D., & Hancock, P.A. (2010). Driver responses to differing urban work zone configurations. Accident Analysis and Prevention, 42, 978-985. DOI: 10.1016/j.aap.2009.12.021.
- ▪ Morgan, J.F., & Hancock, P.A. (2011). The effect of prior task loading on subjective mental workload and task performance: An example of hysteresis in driving. Human Factors, 53(1), 75-86. DOI: 10.1177/0018720810393505.
- ▪ Morgan, J.F., Tidwell, S.A., Medina, A., & Blanco, M. (2011). On the training and testing of entry-level commercial motor vehicle drivers. Accident Analysis and Prevention, 43(4), 1400-1407. DOI: 10.1016/j.aap.2011.02.015.
- ▪ Soccolich, S.A., Blanco, M.B., Hanowski, R.J., Olson, R.L., Morgan, J.F., Guo, F., Wu, S.C. (2013). An analysis of driving and working hour on commercial motor vehicle driver safety using naturalistic data collection. Accident Analysis and Prevention, 58, 249-258. DOI: 10.1016/j.aap.2012.06.024.
- ▪ Whitmire, J., Morgan, J.F., Oron-Gilad, T., & Hancock, P.A. (2011). The effect of in-vehicle warning systems on speed compliance in work zones. Transportation Research Part F: Psychology and Behavior, 14, 331-340.  DOI: 10.1016/j.trf.2011.04.001.
- ▪ Van Houten, R., DeLaere, G., Morgan, J.F., & Shurbutt, J. (2015). Countdown pedestrian signals. Transportation Research Record, 2519, 10-16.


## Book Chapters

# Justin F. Morgan, Ph.D.
## Curriculum Vitae

- Blanco, M. Hickman, J.S., Hanowski, R.J., & Morgan, J.F. (2011). The commercial driver. In D. Fisher, J. Lee, J. Caird, and M. Rizzo (Eds.), Handbook of Driving Simulation for Engineering, Medicine and Psychology, pp. 417-427. Boca Raton, FL: CRC Press.
- Hanowski, R.J., Morgan, J., Soccolich, S., and Tidwell, S.S. (2014).  Comparing truck driving performance in a simulator and instrumented vehicle. In N. Stanton, S. Landry, G. Di Bucchianico, & A.Vallicelli (Eds.) Advances in Human Factors and Transportation Part III, pp. 376-387.  Danvers, MA: AHFE Conference.
- Morgan, J.F. & Hancock, P.A. (2008). Estimations in driving. In Cándida Castro Ramírez (Ed.) Human Factors of Visual and Cognitive Performance In Driving, pp. 51-62. Boca Raton, FL: CRC Press.
- Owens, J.M, Sandt, L., Morgan, J.F., Sundararajan, S., Clamann, M., Manocha, D., Steinfeld, A., Maheshwari, T., & Cooper, J.F. (2018). Challenges and opportunities for the intersection of vulnerable road users (VRU) and automated vehicles (AVs). In G. Meyer & S. Beiker (Eds.) Road Vehicle Automation 5, Lecture Notes in Mobility, pp. 207-220. Cham, Switzerland: Springer.

## Technical Reports

- Blanco, M., Bocanegra, J.L., Morgan, J.F., Fitch, G.M., Medina, A., Olson, R.L., et al. (2009). Assessment of a drowsy driver warning system for heavy-vehicle drivers (Rep. No. DOT HS 811 117). Washington, DC: National Highway Traffic Safety Administration.
- Blanco, M., Hanowski, R.J., Olson, R.L., Morgan, J.F., Soccolich, S.A., Wu, S-C., & Guo, F. (2011). The impact of driving, non-driving work, and rest breaks on driving performance in commercial vehicle operations (Tech. Rep. FMCSA-RRR-11-017). Washington, DC: Federal Motor Carrier Safety Administration.
- Blanco, M., Atwood, J., Vasquez, H.M., Trimble, T.E., Fitchett, V.L., Radlbeck, J., … & Morgan, J.F. (2015). Human Factors evaluation of Level 2 and Level 3 automated driving concepts (Report No. DOT HS 812 182). Washington, DC: National Highway Traffic Safety Administration.
- Campbell, J.L., Brown, J.L., Graving, J.S., Richard, C.M., Lichty, M.G., Sanquist, T., … & Morgan, J.F. (2016). Human Factors design guidance for driver-vehicle interfaces (Report No. DOT HS 812 360). Washington, DC: National Highway Traffic Safety Administration.
- Campbell, J.L., Brown, J.L., Graving, J.S., Richard, C.M., Lichty, M.G., Bacon, L.P., Morgan, J.F., Li, H., Williams, D.N., & Sanquist, T. (2018). Human Factors design guidance for Level 2 and Level 3 automated driving concepts (Report No. DOT HS 812 555). Washington, DC: National Highway Traffic Safety Administration.
- Duley, A.R., Morgan, J.F., Conway, G., Wang, J.J., Abich, J., & Hancock, P.A. (2007). A human factors examination of driver response to a specific work zone design (Design Standard #613, Duration Note 2) and key moderating factors (Technical Report No. BD-548-18). Orlando: University of Central Florida Institute for Simulation and Training.
- Fitch, G. M., Blanco, M., Camden, M., Olson, R., McClafferty, J., Morgan, J. F., et al. (in press). Field Demonstration of an Advanced Heavy Vehicle Indirect Visibility System (Tech. Rep.). Washington, DC: National Highway Traffic Safety Administration.
- Fitch, G.M., Blanco, M., Morgan, J.F., Rice, J.C., Wharton, A., Wierwille, W.W., & Hanowski, R.J. (2010). Human performance evaluation of light vehicle brake assist systems (Report No. DOT HS 811 251). Washington, DC: National Highway Traffic Safety Administration.
- Marinik, A., Bishop, R., Fitchett, V., Morgan, J. F., Trimble, T. E., & Blanco, M. (2014). Human factors evaluation of level 2 and level 3 automated driving concepts: Concepts of operation (Report No. DOT HS 812 044). Washington, DC: National Highway Traffic Safety Administration.

4300 W. Lake Mary Blvd STE 1010 #141, Lake Mary, FL 32746
407-906-4369 | justin@jfmorgan.net

# Justin F. Morgan, Ph.D.
# Curriculum Vitae

- Morgan, J.F., & Blanco, M. (2010). Synthesis study of light vehicle non-planar mirror research (Report No. DOT HS 811 328). Washington, DC: National Highway Traffic Safety Administration.
- Morgan, J.F., Medina, A., Blanco, M., Hanowski, R.J., Fitchett, V.L., Fitzgerald, H.E., & Radlbeck, J. (2015). Supporting CMV Driver Distraction Outreach Efforts (Report No. 15-UM-034). Blacksburg, VA: National Surface Transportation Safety Center for Excellence.
- Morgan, J.F., Tidwell, S.A., Medina, A., Blanco, M., Hickman, J.S., & Hanowski, R.J. (2011). Commercial motor vehicle driving simulator validation study (SimVal): Phase II (Report No. FMCSA-RRR-11-014). Washington, DC: Federal Motor Carrier Safety Administration.
- Morgan, J.F., Trimble, T.E., Bowman, D.S., Baker, S., Pickett, R., Murray, D., & Bergoffen, G. (2011). Synthesis of literature relating to cellular telephone/ personal data assistant use in commercial truck and bus operations (Report No. FMCSA-RRR-11-015). Washington, DC: Federal Motor Carrier Safety Administration.
- Richard, C.M., Morgan, J.F., Bacon, L.P., Graving, J.S., Divekar, G., & Lichty, M.G. (2015). Multiple sources of safety information from V2V and V2I: Redundancy, decision-making, and trust (Report No. FHWA-HRT-15-007). McLean, VA: Federal Highway Administration.
- Trimble, T. E., Bishop, R., Morgan, J. F., & Blanco, M. (2014). Human factors evaluation of level 2 and level 3 automated driving concepts: Past research, state of automation technology, and emerging system concepts (Report No. DOT HS 812 043). Washington, DC: National Highway Traffic Safety Administration.
- Victor, T., Hickman, J., Camden, M., Jarlengrip, J., Larsson, C., Morgan, J., Tidwell, S., & Toole, L. (2011). Driver distraction: An inattention-mitigation component for behavior-based safety programs in commercial vehicle operations (IM-BBS) (Report No. U34). Knoxville, TN: National Transportation Research Center.

## Refereed Proceedings Papers

- Brown, J., Morgan, J.F., Campbell, J., Hoover, C., & Jerome, C. (2017). Validations of integrated driver vehicle interface (DVI) configurations. Proceedings of the Human Factors and Ergonomics Society Annual Meeting, 61, 1431-1435.
- Fitch, G.M., Blanco, M., Morgan, J.F., Wierwille, W.W., & Hanowski, R.J. (2010). Human performance evaluation of light vehicle brake assist systems (Paper No. 10-0470). Proceedings of the 89th Annual Meeting of the Transportation Research Board. Washington, DC.
- Fitch, G.M., Blanco, M., Morgan, J.F., & Wharton, A. (2010). Driver braking performance to surprise and expected events. Proceedings of the Human Factors and Ergonomics Society Annual Meeting, 54, 2076-2080.
- Ganey, H.C.N., Hancock, P.A., & Morgan, J.F. (2015). The cognitive effects of long-range and rough-water transit on high-speed craft operators. Paper accepted to the 69th Meeting of the Dept. of Defense Human Factors Engineering Technical Advisory Group.
- Hanowski, R.J., & Morgan, J.F. (2015). Longitudinal effects of entry-level truck driver training methods. Paper accepted to the 2015 International Conference on Modeling and Simulation: Techniques and Applications.
- Hanowski, R.J., Morgan, J.F., Soccolich, S., & Tidwell, S.A. (2014). Comparing truck driving performance in a simulator and instrumented vehicle. Proceedings of the 5th International Conference on Applied Human Factors and Ergonomics (AHFE 2014). Krakow, July 19-23, 2014.

4300 W. Lake Mary Blvd STE 1010 #141, Lake Mary, FL 32746
407-906-4369 | justin@jfmorgan.net

# Justin F. Morgan, Ph.D.
## Curriculum Vitae

- King, C.R., & Morgan, J.F. (2019). Synthesis of video and 3D laser metrology to reconstruct a vehicle-vs-pedestrian collision: A case study. *Proceedings of the Human Factors & Ergonomics Society Annual Meeting, 63*(1), 542-546.

- Koltko-Rivera, M.E., Ganey, H.C.N., Morgan, J.F., & Hancock, P.A. (2005). Psychology in the defense against terrorism. Paper presented at the 2005 APA Division 19 and 21 Midyear Symposium, March 3-4, Fairfax, VA.

- Morgan, J.F. (2009). Cueing to impending increases in driving task demand. Paper presented at the 53rd Annual Meeting of the Human Factors and Ergonomics Society, October 19-23, San Antonio, TX.

- Morgan, J.F., & Hancock, P.A. (2008, September). Visual occlusion and temporary work zone incursions [Abstract, CD-ROM]. The 4th International Conference on Traffic and Transport Psychology, Washington, D.C.

- Morgan, J.F., Oron-Gilad, T., & Hancock, P.A. (2005). The driving simulator as a workload research tool. *Proceedings of the Driving Simulator Conference North America, USA,* 121-127.

- Morgan, J.F., Oron-Gilad, T., Szalma, J.L., & Hancock, P.A. (2004). Mapping an objective state of the world to a subjective degree of signalness: An exercise in fuzzy signal detection theory analysis. Paper presented at the 48th Annual Meeting of the Human Factors and Ergonomics Society, September 20-24, New Orleans, LA.

- Morgan, J.F., Oron-Gilad, T., Szalma, J.L., & Hancock, P.A. (2005). Perception of morphed objects: Generating psychophysical functions for the evolution of a shape. Paper presented at the 2005 APA Division 19 and 21 Midyear Symposium, March 3-4, Fairfax, VA.

- Morgan, J.F., Smoker, T.J., Garcia, A.J., & Hancock, P.A. (2008). Workload transitions in driving. *Proceedings of the Human Factors and Ergonomics Society Annual Meeting, 52,* 1508-1512.

- Morgan, J.F., Stafford, S.C., Nayeem, R., & Pepe, A. (2004). Mental rotation of objects in an airport security screening setting. *Proceedings of the Human Factors and Ergonomics Society Annual Meeting, 48,* 624-626.

- Morgan, J.F., Tidwell, S.A., Blanco, M., Medina, A., Hanowski, R.J., & Ajayi, O. (2011). Driver opinions of simulator-based commercial driver training. *Proceedings of the International Driving Symposium on Human Factors in Driver Assessment, Training and Vehicle Design, 6,* 129-135.

- Morgan, J.F., Tidwell, S.A., Blanco, M., Medina, A., Hanowski, R.J., & Ajayi, O. (2011). Experienced CMV driver opinions of advanced driving simulator scenarios. *Proceedings of the Human Factors and Ergonomics Society Annual Meeting, 55,* 1538-1542.

- Morgan, J.F., Trimble, T.E., Blanco, M., & Hanowski, R.J. (2010). Creating a social networking health outreach program for commercial motor vehicle drivers. *Proceedings of the Transportation Research Board's International Conference on Commercial Driver Health and Wellness,* Paper No. 38458. November 8-10, 2010, Baltimore, MD.

- Richard, C., Philips, B., Morgan, J.F., Graving, J., & Jerome, C. (2016). Human factors design guidelines for V2I driver-infrastructure-interface displays. *Proceedings of the Human Factors and Ergonomics Society Annual Meeting, 59,* 1631-1635.

- Stafford, S.C., Merlo, J.L., Brill, J.C., Morgan, J.F., Gilson, R.D., & Hancock, P.A. (2006). Tactile cueing: A potential technology to combat a new type of enemy. Paper presented at the 4th Annual Meeting of the Society for Human Performance in Extreme Environments. October 15th-16, San Francisco, CA.

# Justin F. Morgan, Ph.D.
# Curriculum Vitae

- Stearman, E.J., Morgan, J.F., Leonard, S.D., Hancock, P.A., & Garcia, A.J. (2009). Enhancement of signal light stimuli may improve responses. Proceedings of the 21st Annual Meeting of the International Society for Occupational Ergonomics and Safety, USA, [CD-ROM].
- Terrence, P.I., Morgan, J.F., & Gilson, R.D. (2007). Dynamic frequencies and perceptual binding in a combined auditory-tactile task. Proceedings of the Human Factors and Ergonomics Society Annual Meeting, 51, 1336-1340.
- Trimble, T.E., Morgan, J.F., Blanco, M., Hanowski, R.J. (2011). The use of social media to improve CMV drivers' health literacy. Paper presented at the 4th Annual NIH Conference on the Science of Dissemination and Implementation. March 21-22, 2011, Bethesda, MD.
- Van Houten, R., Morgan, J.F., & Shurbutt, J. (2015). Countdown pedestrian signals and low vision pedestrians. Proceedings of the Transportation Research Board Annual Meeting, paper 15-1706.
- Van Houten, R., Morgan, J.F., & Shurbutt, J. (2015). Countdown pedestrian signals legibility and comprehension without flashing hand. Proceedings of the Transportation Research Board Annual Meeting, paper 15-1671.
- Ward, P., Szalma, J.L., Hancock, P.A., Terrence, P.I., Panganiban, A.R., & Morgan, J.F. (2003). The stress-performance relationship and performance mediators: Evidence from a meta-analysis of noise and memory. Paper presented at the 47th Annual Meeting of the Human Factors and Ergonomics Society, October 13-17, Denver, CO.
- Whitmire, J., Morgan, J.F., Oron-Gilad, T., & Hancock, P.A.  (2010). The effect of in-vehicle warning systems on speed compliance in work zones. Proceedings of the Human Factors and Ergonomics Society Annual Meeting, 54, 2023-2027.
- Whitmire, J.D. II, Morgan, J.F., Oron-Gilad, T., & Hancock, P.A. (2010). The effect of in-vehicle warning systems on speed compliance in work zones. Paper presented at the European Conference on Human Centered Design for Intelligent Transport Systems (HUMANIST), April 29-30, 2010. Berlin, Germany.

## Presentations
### Refereed Presentations
- Blanco, M., Atwood, J., Vasquez, H., Trimble, T.E., Fitchett, V.L., Radlbeck, J., … Morgan, J.F. (2015). Human Factors evaluation of Level 2 and Level 3 automated driving concepts. Poster presented at the 2015 Automated Vehicles Symposium, Ann Arbor, MI.
- Ward, P., Szalma, J.L., Hancock, P.A., Terrence, P.I., Panganiban, A.R., & Morgan, J.F. (2003). The stress-performance relationship and performance mediators: Evidence from a meta-analysis of noise and memory. Paper presented at the 47th Annual Meeting of the Human Factors and Ergonomics Society, October 13-17, Denver, CO.
- Stafford, S.C., Merlo, J.L., Brill, J.C., Morgan, J.F., Gilson, R.D., & Hancock, P.A. (2006). Tactile cueing: A potential technology to combat a new type of enemy. Paper presented at the 4th Annual Meeting of the Society for Human Performance in Extreme Environments. October 15th-16, San Francisco, CA.
- Whitmire, J.D. II, Morgan, J.F., Oron-Gilad, T., & Hancock, P.A. (2010) The effect of in-vehicle warning systems on speed compliance in work zones. Paper presented at the European Conference on Human Centered Design for Intelligent Transport Systems (HUMANIST), April 29-30, 2010. Berlin, Germany.
- Trimble, T.E., Morgan, J.F., Blanco, M., Hanowski, R.J. (2011). The use of social media to improve CMV drivers' health literacy. Paper presented at the 4th Annual NIH Conference on the Science of Dissemination and Implementation. March 21-22, 2011, Bethesda, MD.

# Justin F. Morgan, Ph.D.
# Curriculum Vitae

- Ganey, H.C.N., Hancock, P.A., & Morgan, J.F. (2015). The cognitive effects of long-range and rough-water transit on high-speed craft operators. Paper presented at the 69th Meeting of the Dept. of Defense Human Factors Engineering Technical Advisory Group.

## Invited Presentations
- Invited Speaker, Blacksburg Lions Club. "Transportation Research at Virginia Tech." July 21, 2010. Blacksburg, Virginia.
- Panelist, Human Factors and Ergonomics Society 54th Annual Meeting Student Career Day. September 27, 2010. San Francisco, California.
- Invited Speaker, Human Factors and Ergonomics Society Carolina Chapter. "Commercial Driver Training: Past Needs, Present Approaches, and Future Directions." November 3, 2011. Raleigh, NC.
- Panelist, Automated Vehicles Symposium. Challenges and Opportunities for the Intersection of Vulnerable Road Users and Automated Vehicles. July 11, 2017. San Francisco, CA.

## Media Appearances and Interviews
- "Helping truck drivers get healthy." Interview appearance on WDBJ-7 TV Roanoke, April 1, 2011.
- "Truck driver health challenges." Interview appearance on the Evan Lockridge Show, Sirius-XM radio, April 11, 2011.
- "The commercial driver wellness issue." Interview appearance on the Extreme Truckers Show, June 16, 2011.
- "Battle of the Blind Spot." Interview appearance in AAA Car & Travel Magazine (Vol. 17, No. 7), July 2011.

## Sponsored Research
### Battelle Memorial Institute
- Research for Industrial Human Augmentation Systems at Puget Sound Naval Shipyard and Intermediate Maintenance Facility, United States Naval Surface Warfare Center, 2015
- L32C Interdisciplinary Traffic Incident Management Training Post-Course Assessment Tool, Federal Highway Administration, 2014
- Human Factors for Connected Vehicles (HFCV) Modal and Application Gaps Research, National Highway Traffic Safety Administration, through subaward from Virginia Tech, 2014
- Validation of Integrated DVI Configurations and HFCV Principles 2.0, National Highway Traffic Safety Administration, through subaward from Virginia Tech, 2014
- Multiple Sources of Safety Information from V2V and V2I: Redundancy, Decision-Making, and Trust, National Highway Traffic Safety Administration, through subaward from Virginia Tech, 2012
- Validation of Integrated DVI Configurations and HFCV Principles 2.0, National Highway Traffic Safety Administration, through subaward from Virginia Tech, 2014
- New Human Factors Guidelines for Road Systems Workshop Development, Federal Highway Administration, through subaward from Cambridge Systematics, 2013
- Countdown Pedestrian Signals Legibility and Comprehension without Flashing Hand, Federal Highway Administration, 2014

# Justin F. Morgan, Ph.D.
# Curriculum Vitae

### Virginia Tech Transportation Institute

- Human Factors Evaluation of Level 2 and Level 3 Automated Driving Concepts, National Highway Traffic Safety Administration, 2012

- Field Study of Heavy Vehicle Crash Avoidance Systems, National Highway Traffic Safety Administration, 2012

- Evaluation of Heavy Vehicle Crash Warning Interface Systems, National Highway Traffic Safety Administration, 2011

- Driving Healthy, National Surface Transportation Safety Center for Excellence, 2011

- Supporting CMV Driver Distraction Outreach Efforts, National Surface Transportation Safety Center for Excellence, 2010

- Hours of Service Support: Investigating Safety-Critical Events Recorded in VTTI's Naturalistic Truck Driving Study as a Function of Driving Hour and Work Hour (Driving and Non-Driving), Federal Motor Carrier Safety Administration, 2010

- Commercial Driver Health and Well-Being Outreach: Phase II, National Surface Transportation Safety Center for Excellence, 2009 – 2011

- Commercial Motor Vehicle Driving Simulator Validation Study: Phase II, Federal Motor Carrier Safety Administration, 2005 – 2010

- Synthesis of Literature and Operating Safety Practices Relating to Cell Phone/Personal Data Assistant Use in Commercial Truck and Bus Operations, Federal Motor Carrier Safety Administration, 2009

- Synthesis Study of Light Vehicle Non-Planar Mirror Research, National Highway Traffic Safety Administration, 2009

- Field Demonstration of an Advanced Heavy Vehicle Indirect Visibility System, National Highway Traffic Safety Administration, 2009 – 2010

- Human Performance Evaluation of Light Vehicle Brake Assist Systems, National Highway Traffic Safety Administration, 2008

- Assessment of a Drowsy Driver Warning System for Heavy-Vehicle Drivers, National Highway Traffic Safety Administration, 2008

**Appendix E.   Compensation**

Justin F. Morgan, Ph.D., is compensated at a flat rate of $300 per hour for his time. Dr. Morgan has invoiced $6,227.05 for all work performed in this matter as of the date of this report.

**Appendix D.   Testimony List**

# Testimony of Justin F. Morgan, Ph.D.

| STYLE | CASE NUMBER | COURT/JUDGE | TESTIMONY DATE | T/D/H | SUBJECT | PLAINTIFF COUNSEL | DEFENSE COUNSEL |
|---|---|---|---|---|---|---|---|
| Comeaux v Mustafa | 2016-CA-002399 | Ninth Judicial Circuit; Osceola County, Florida | 6/24/2020 | D | Commercial Vehicle Crash | Jessica Gonzalez-Monge, Esq.; Rubenstein Law; Melissa Crowley, Esq.; Cole, Scott, Kissane, P.A. (client) | Scott L. Astrin, Esq.; AIG, Matthew A. Liebert, Esq.; Urban, Their & Federer, P.A. |
| Julian vs. Marlee's | CACE-18-000089 | Seventeenth Judicial Circuit, Broward County, Florida | 4/22/2020 | D | Premises | Marc Wites, Esq.; Wites Law Firm, P.A. | Natalie Fina, Esq.; Cole, Scott & Kissane (client) |
| Brunk vs. Simpson | 05-18-CA-012338 | Eighteenth Judicial Circuit; Brevard County, Florida | 9/26/2019 | D | Automobile Crash | Robert C. Gray, Esq.; Robert C. Gray, P.A. (client) | Kristie R. Schrader, Esq.; Boyd & Jenerette, P.A. |
| Dixon vs. Orange County, Florida | 2015-CA-002821-O | Ninth Judicial Circuit; Orange County, Florida | 9/19/2019 | D | Automobile/Pedestrian Crash | George H. Anderson, III, Esq.; Dan Newlin and Partners | Yvette M. Pace, Esq.; O'Connor & O'Connor, LLC (client) |
| Bernabe vs. Richardson | 2013-CA-003922 | Fourth Judicial Circuit; Duval County, Florida | 9/17/2019 | D | Automobile/Pedestrian Crash | Lee Gill Cohen, Esq.; Kanner & Pintaluga | Michael Glass, Esq.; Stone, Glass & Connolly, LLP (client) |
| Byrd vs. City of West Palm Beach | 50-2017-CA-010032-XXXX-MB | Fifteenth Judicial Circuit; Palm Beach County, Florida, Honorable Donald W. Hafele | 9/12/2019 | T | Premises/Bicycle Crash | Michael J. Celeste, Jr., Esq.; Celeste Law Firm | Shawna G. Lamb, Esq.; City of West Palm Beach, Florida (client) |
| Aviles vs. Polk County, Florida | 2014-CA-003519-000-00 (15) | Tenth Judicial Circuit; Polk County, Florida | 8/15/2019 | D | Commercial Vehicle Crash | Gus R. Benitez, Esq.; Benitez Law Group, P.L. (client) | Jonathan B. Trohn, Esq., Campbell, Trohn, Tamayo, & Aranda, P.A. |
| Zuluaga vs. Anders | 16-CA-10856 | Thirteenth Judicial Circuit; Hillborough County, Florida | 8/6/2019 | D | Automobile Crash | Kim Cullen, Esq.; Cullen & Hemphill, LC; James Thompson, Jr., Esq.; Goodis, Thompson & Miller, P.A. (client) | Alexis C. Upton, Esq.; Abbey, Adams, Byelick & Mueller, LLP |
| Alexander vs. Thompson | 17-213-CA | Second Judicial Circuit; Jefferson County, Florida, Honorable Dawn Caloca-Johnson | 7/31/2019 | T | Automobile/Bicycle Crash | J. Steele Olmstead, Esq.; J. Steele Olmstead, P.A.; Henry Graham, Esq., Graham Law Firm, P.A. | Joshua Canton, Esq.; Conroy Simberg (client) |
| Yakubisin vs. SE Independent Delivery Services | 2018-CA-1621 | Eighth Judicial Circuit; Alachua County, Florida | 7/25/2019 | D | Commercial Vehicle Crash | Patrick V. Douglas, Esq.; Douglas & Carter | Sami R. Achem, Jr., Esq.; Cole, Scott & Kissane, P.A. (client) |

# Testimony of Justin F. Morgan, Ph.D.

| STYLE | CASE NUMBER | COURT/JUDGE | TESTIMONY DATE | T/D/H | SUBJECT | PLAINTIFF COUNSEL | DEFENSE COUNSEL |
|---|---|---|---|---|---|---|---|
| Kuehl vs. Estate of Peterson | B8LA0074 | Circuit Court for Anderson County at Clinton, Tennessee | 7/2/2019 | D | Automobile Crash | John Lawhorn, Esq., and Beverly D. Nelms, Esq.; Frantz, McConnell & Seymour, LLP; Clinton J. Woodfin; Spicer Rudstrom, PLLC; | George H. Buxton, Esq.; Buxton Law Firm (client) |
| Batchie vs. Kozel | 2017-CA-005388 NC | Twelfth Judicial Circuit, Sarasota County, Florida | 6/27/2019 | D | Automobile/Pedestrian Crash | Daniel D. Dolan, Esq.; Dolan Dobinsky Rosenblum, LLP | William E. Partridge, Esq., Grossman, Roth & Partridge; Michael P. Murphy, Esq., Dickinson & Gibbons, P.A. (clients) |
| Hill vs. Publix | 2018-CA-336 | Eighth Judicial Circuit; Alachua County, Florida | 6/18/2019 | D | Premises | Gilbert J. Alba, Esq.; Law Office of Alba & Yochim, P.A. | Catherine Higgens, Esq.; Wicker, Smith, O'Hara, McCoy, & Ford, P.A. (client) |
| Bowen vs. 7-Eleven | 2018-CA-1262 | Tenth Judicial Circuit; Polk County, Florida | 6/11/2019 | D | Premises | David C. Dismuke, Esq.; Dismuke Law, PLLC | Raychel A. Garcia, Esq.; Wicker, Smith, O'Hara, McCoy, & Ford, P.A. (client) |
| Dayes vs. Werner Enterprises, Inc. | 17-018241 CA 24 | Eleventh Judicial Circuit; Miami-Dade County, Florida, Honorable Antonio Arzola | 5/14/2019 | T | Commercial Vehicle/Pedestrian Crash | Norman Waas, Esq.; Falk, Waas, Hernandez & Solomon, P.A. | Brian Stokes, Esq.; Alvarez, Winthrop, Thompson & Storey, P.A. (client) |
| Balogh vs. ABC Liquors | 2017-CA-000096 | Eighth Judicial Circuit; Levy County, Florida, Honorable Donna M. Keim | 5/7/2019 | T | Automobile/Pedestrian Crash | Robert A. Rush, Esq.; Robert A. Rush, P.A. (client) | John D. Jopling, Esq.; Dell Graham, P.A. |
| Dayes vs. Werner Enterprises, Inc. | 17-018241 CA 24 | Eleventh Judicial Circuit; Miami-Dade County, Florida | 4/30/2019 | D | Commercial Vehicle/Pedestrian Crash | Glenn P. Falk, Esq.; Falk, Waas, Hernandez & Solomon, P.A. | P. Raúl Alvarez, Jr., Esq.; Alvarez, Winthrop, Thompson & Storey, P.A. (client) |
| Dayes vs. Werner Enterprises, Inc. | 17-018241 CA 24 | Eleventh Judicial Circuit; Miami-Dade County, Florida | 3/6/2019 | D | Commercial Vehicle/Pedestrian Crash | Glenn P. Falk, Esq.; Falk, Waas, Hernandez & Solomon, P.A. | Brian Stokes, Esq.; Alvarez, Winthrop, Thompson & Storey, P.A. (client) |
| Alonge vs. FFE | 2017 CA 001113 AN | Ninth Judicial Circuit; Osceola County, Florida | 12/21/2018 | D | Commercial Vehicle Crash | David Kerce, Esq.; Farah & Farah, P.A. | Carey Bos, Esq.; Kubicki Draper, P.A. (client) |

# Testimony of Justin F. Morgan, Ph.D.

| STYLE | CASE NUMBER | COURT/JUDGE | TESTIMONY DATE | T/D/H | SUBJECT | PLAINTIFF COUNSEL | DEFENSE COUNSEL |
|---|---|---|---|---|---|---|---|
| Miller vs. Palmer | 2015 CA 000096 | Seventh Judicial Circuit; Flagler County, Florida, Honorable Michael S. Orfinger | 12/18/2018 | T | Commercial Vehicle Crash | Mark A. Matovina, Esq.; Politis & Matovina, P.A. | David A. Fifner, Esq.; Cameron, Hodges, Coleman, LaPointe & Wright, P.A. (client) |
| Gnieski vs. Schumacher Lincoln of Delray and Tabor | 502017CA005392 | Fifteenth Judicial Circuit; Palm Beach County, Florida | 11/26/2018 | D | Automobile/Bicycle Crash | Bruce Trybus, Esq.; Cooney Trybus Kwavnick Peets | Karissa L. Owens, Esq.; Rissman, Barrett, Donahue, McLain & Mangan, P.A. (client) |
| Devine vs. LA Fitness | 16-006256(04) | Seventeenth Judicial Circuit; Broward County, Florida | 11/20/2018 | D | Product | Todd R. Falzone, Esq.; Kelley Uustal, PLC (client) | Kenneth H. Haney, Esq.; Quarles & Brady, LLP |
| State of Florida vs. Andrew Weber | 17CF00235 | Second Judicial Circuit; Leon County, Florida, Honorable James C. Hankinson | 11/15/2018 | T | Automobile/Motorcycle Crash | James A. Rogers, Esq.; Assistant State Attorney | Aaron M. Wayt, Esq.; Pumphrey Law Firm (client) |
| State of Florida vs. Andrew Weber | 17CF00235 | Second Judicial Circuit; Leon County, Florida | 11/9/2018 | D | Automobile/Motorcycle Crash | James A. Rogers, Esq.; Assistant State Attorney | Aaron M. Wayt, Esq.; Pumphrey Law Firm (client) |
| Bunting vs. Urra Nursery and Delgado | 50-2016-CA-012629 | Fifteenth Judicial Circuit; Palm Beach County, Florida, Honorable Peter D. Blanc | 11/7/2018 | T | Commercial Vehicle Crash | Scott B. Smith, Esq.; Lytal, Reiter, Smith, Ivey & Fronrath | Karissa L. Owens, Esq.; Rissman, Barrett, Donahue, McLain & Mangan, P.A. (client) |
| Lazar vs. Courtyard by Marriott | CACE 16-010915 (04) | Seventeenth Judicial Circuit; Broward County, Florida | 10/31/2018 | D | Premises | Joseph C. Madalon, Esq.; Madalon Law (client) | Mark C. Burton, Esq.; Law Office of Hugh Behan |
| Allen vs. Nationalight | 2016-CA-3949 | Fourth Judicial Circuit; Duval County, Florida | 8/15/2018 | D | Commercial Vehicle Crash | Michael S. Pajcic, Esq.; Pajcic & Pajcic, P.A. | L. Johnson Sarber, III, Esq.; Carr Allison (client) |
| Eversole vs. Melendez and Rivera | 16-2016-CA-004160 | Fourth Judicial Circuit; Duval County, Florida | 8/7/2018 | D | Automobile Crash | William A. Bald, Esq.; Pajcic & Pajcic, P.A. | Paul M. Eza, Esq.; Stone, Glass & Connolly, LLP (client) |
| Louis vs. Godfather | 2015 CA 004825 AA | Fifteenth Judicial Circuit; Palm Beach County, Florida | 6/22/2018 | D | Commercial Vehicle Crash | Brett M. Rogers, Esq.; Rogers Law Group (client) | Ana Maria Marin, Esq.; Law Office of Ana Maria Marin, P.A. |
| Balogh vs. ABC Liquors | 2017-CA-000096 | Eighth Judicial Circuit; Levy County, Florida | 6/15/2018 | D | Automobile/Pedestrian Crash | Jacob A. Rush, Esq.; Robert A. Rush, P.A. (client) | Michael S. Donsky, Esq.; Dell Salter, P.A. |

# Testimony of Justin F. Morgan, Ph.D.

| STYLE | CASE NUMBER | COURT/JUDGE | TESTIMONY DATE | T/D/H | SUBJECT | PLAINTIFF COUNSEL | DEFENSE COUNSEL |
|---|---|---|---|---|---|---|---|
| Brisebois vs. USA and Turner | 6:16-cv-1589-Orl-31GJK | United States District Court, Middle District of Florida, Honorable Gregory A. Presnell | 6/14/2018 | T | Commercial Vehicle/Bicycle Crash | Michael K. Bailey, Esq.; Bailey Fisher, PLLC | Julie R. Posteraro, Esq.; United States Attorney's Office (client) |
| State of Florida vs. Michael Mall | 02-2017-CF-000123-A | Eighth Judicial Circuit; Baker County, Florida, Honorable James Colaw | 5/25/2018 | T | Automobile Crash | Ralph M. Yazdiya, Esq.; Assistant State Attorney | Donald A. Pumphrey, Esq.; Pumphrey Law (client) |
| State of Florida vs. Michael Mall | 02-2017-CF-000123-A | Eighth Judicial Circuit; Baker County, Florida | 3/8/2018 | D | Automobile Crash | Ralph M. Yazdiya, Esq.; Assistant State Attorney | Donald A. Pumphrey, Esq.; Pumphrey Law (client) |
| State of Florida vs. Amos Moorer | 16CF02317 | Second Judicial Circuit,; Leon County, Florida | 1/26/2018 | D | Shooting | Sarah K. Dugan, Esq.; Office of the State Attorney | Donald A. Pumphrey, Jr., Esq.; Pumphrey Law (client) |
| Houston vs. USAA | 2016-CA-006387-O | Ninth Judicial Circuit; Orange County, Florida | 12/28/2017 | D | Driver Performance | Hewett G. Woodward, Esq.; The Woodward Law Firm (client) | Nina Jacobs, Esq.; Simon, Reed & Salazar, P.A. |
| Bunting vs. Urra Nursery and Delgado | 50-2016-CA-012629-XXXX-MB | Fifteenth Judicial Circuit; Palm Beach County, Florida | 12/20/2017 | D | Commercial Vehicle Crash | Scott B. Smith, Esq.; Lytal, Reiter, Smith, Ivey & Fronrath | Karissa L. Owens, Esq.; Rissman, Barrett, Hurt, Donahue & McLain, P.A. (client) |
| Brisebois vs. USA and Turner | 6:16-cv-1589-Orl-31GJK | United States District Court, Middle District of Florida | 12/6/2017 | D | Commercial Vehicle/Bicycle Crash | Michael K. Bailey, Esq.; Bailey Fisher, PLLC | Julie R. Posteraro, Esq.; United States Attorney's Office (client) |
| Plummer vs. Tuikaba | 2014-CA-013067-O | Ninth Judicial Circuit; Orange County, Florida, Honorable Bob LeBlanc | 11/2/2017 | T | Automobile Crash | Jeremiah Jaspon, Esq.; The Jaspon Firm, P.A. | Deborah Bergin, Esq.; Kubicki Draper (client) |
| Plummer vs. Tuikaba | 2014-CA-013067-O | Ninth Judicial Circuit; Orange County, Florida | 10/4/2017 | D | Automobile Crash | Jeremiah Jaspon, Esq.; The Jaspon Firm, P.A. | Deborah J. Bergin, Esq.; Kubicki Draper, P.A. (client) |
| Kerrey vs. VIP Tour Package | 2016-CA-681 | Ninth Judicial Circuit; Orange County, Florida, Honorable John E. Jordan | 8/28/2017 | T | Automobile/Pedestrian Crash | J. Scott Murphy, Esq.; Paul & Perkins | Michael L. Glass, Esq.; Stone, Glass & Connolly, LLP (client) |
| Constance Johnson vs. Marriott | CACE 17-003731 (09) | Seventeenth Judicial Circuit; Broward County, Florida | 8/11/2017 | D | Premises | H. Ross Zelnick, Esq.; Ginnis & Krathen, P.A. (client) | Daniel M. Novigrod, Esq.; Hightower, Stratton, Novigrod, Kantor |

# Testimony of Justin F. Morgan, Ph.D.

| STYLE | CASE NUMBER | COURT/JUDGE | TESTIMONY DATE | T/D/H | SUBJECT | PLAINTIFF COUNSEL | DEFENSE COUNSEL |
|---|---|---|---|---|---|---|---|
| Kerrey vs. VIP Tour Package and Jusakos | 2016-CA-681 | Ninth Judicial Circuit; Orange County, Florida | 8/9/2017 | D | Automobile/Pedestrian Crash | John V. Colvin, Esq.; Mooney Colvin, P.L. | Michael L. Glass, Esq.; Stone, Glass & Connolly, LLP (client) |
| Garcia vs. U.S. Sugar Corporation | 50-2016-CA-003111 | Fifteenth Judicial Circuit; Palm Beach County, Florida | 8/2/2017 | D | Commercial Vehicle Crash | Todd R. Falzone; Kelley Uustal, PLC and Gary S. Genovese, Esq.; Conrad & Scherer, LLP (client) | Robin B. Rothman, Esq.; Litchfield Cavo, LLP and Noel J. Johnson, Esq.; Lewis, Brisbois, Bisgaard & Smith, LLP |
| Moskow vs. Walt Disney Parks and Resorts, Lenczycki and Alcausin | 2015-CA-002193-O | Ninth Judicial Circuit; Orange County, Florida | 7/27/2017 | D | Commercial Vehicle Crash | Kenneth J. Sobel, Esq.; Kenneth J. Sobel, P.A. | Joseph P. Menello, Esq.; Wicker, Smith, O'Hara, McCoy & Ford, P.A.; Kevin Knight, Esq.; DSK Law (client) |
| Willis vs. Ram | 502016CA009365 | Fifteenth Judicial Circuit; Palm Beach County, Florida | 6/29/2017 | D | Automobile/Pedestrian Crash | Arye P. Corbett, Esq.; Lytal, Reiter, Smith, Ivey & Fronrath | Robert C. Okon, Esq.; Robert C. Okon, P.A. (client) |
| Roberson vs. Peek Pavement | SC16CV261 | State Court of Muscogee County, Georgia, Honorable Ben Richardson | 5/10/2017 | T | Commercial Vehicle Crash | Jed D. Manton, Esq.; Harris Lowry Manton, LLP | Tracy C. O'Connell, Esq.; Ellis, Painter, Ratterree & Adams, LLP and Ian R. Rapaport, Esq.; Law Office of Ian R. Rapaport (clients) |
| Kaminik vs. Werner Enterprises | 09 033323 | Seventeenth Judicial Circuit; Broward County, Florida, Honorable William H. Haury, Jr. | 4/10/2017 | T | Commercial Vehicle Crash | Alan R. Brady, Esq.; Brady & Witters, P.A. | Brian D. Stokes, Esq.; Alvarez, Winthrop, Thompson & Storey, P.A. (client) |
| Kaminik vs. Werner Enterprises | CACE 09-033323 (13) | Seventeenth Judicial Circuit; Broward County, Florida | 3/1/2017 | D | Commercial Vehicle Crash | Alan E. Brady, Esq.; Brady and Witters, P.A. | Brian D. Stokes, Esq.; Alvarez, Winthrop, Thompson & Storey, P.A. (client) |
| State of FL vs. Paul Byrd | 2014 CF 63 | Second Judicial Circuit; Franklin County, Florida, Honorable Terry P. Lewis | 2/21/2017 | H | Driver Performance | Jarred H. Patterson, Esq.; Office of the State Attorney | Don Pumphrey, Jr.; Law Offices of Don Pumphrey, Jr. (client) |
| State of FL vs. William Fletcher | 2015-CF-2491 | Second Judicial Circuit; Leon County, Florida, Honorable Martin Fitzpatrick | 2/20/2017 | H | Shooting | Anne Callaway Scott, Esq.; Office of the State Attorney | Don Pumphrey, Jr.; Law Offices of Don Pumphrey, Jr. (client) |

# Testimony of Justin F. Morgan, Ph.D.

| STYLE | CASE NUMBER | COURT/JUDGE | TESTIMONY DATE | T/D/H | SUBJECT | PLAINTIFF COUNSEL | DEFENSE COUNSEL |
|---|---|---|---|---|---|---|---|
| Roberson vs. Peek Pavement | SC16CV261 | State Court of Muscogee County, Georgia | 2/15/2017 | D | Commercial Vehicle Crash | Jed D. Manton, Esq.; Harris Lowry Manton, LLP | Tracy C. O'Connell, Esq.; Ellis, Painter, Ratterree & Adams, LLP and Ian R. Rapaport, Esq.; Law Office of Ian R. Rapaport (clients) |
| Yow vs. Yarborough Security Corp. | 16-2011-CA-003671 | Fourth Judicial Circuit; Duval County, Florida | 11/18/2016 | D | Premises | Michael E. Seelie, Esq.; Michael E. Seelie, P.A. | John Viggiani, Esq.; Conroy Simberg (client) |
| Anderson vs. PGA Resort | 2014CA012936 | Fifteenth Judicial Circuit; Palm Beach County, Florida | 8/22/2016 | D | Premises | Scott W. Leeds, Esq.; The Cochran Firm South Florida | Harris B. Kirsch, Esq.; Marshall, Dennehey, Warner, Coleman & Goggin (client) |
| Hernandez vs. 24-7 Transportation and Wilkie | 2014-003085 CA | Twentieth Judicial Circuit; Lee County, Florida, Honorable Alane Laboda | 8/17/2016 | T | Automobile/Pedestrian Crash | Jason Leonard, Esq.; Morgan & Morgan, P.A. | Michael L. Glass, Esq.; Stone, Glass & Connolly, LLP (client) |
| State of FL vs. Eunice Cich | 2014-301210-CFDB | Seventh Judicial Circuit; Volusia County, Florida | 7/29/2016 | D | Automobile/Pedestrian Crash | Megan Upchurch, Esq.; Office of the State Attorney | Fleming K. Whited, Esq.; Whited Law Firm (client) |