UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:19-cv-1145-T-24AAS | **DATE:** April 26, 2021 |
| **HONORABLE SUSAN C. BUCKLEW** | **INTERPRETER:** N/A |
| **TONY HENDRIX,**<br><br>          Plaintiff,<br>v.<br><br><br>**UNITED STATES OF AMERICA,**<br><br>          Defendant. | **PLAINTIFF'S COUNSEL:**<br>Craig R. Lynd<br><br><br>**DEFENDANT'S COUNSEL:**<br>Mamie V. Wise, USDOJ and<br>David P. Sullivan, USDOJ with<br>Paralegal Specialist Karen Pipas |
| **COURT REPORTER:** Sharon A. Miller | **COURTROOM:** 13A |
| **TIME:** 9:00 A.M. – 11:01 A.M.;<br>       11:22 P.M. - 12:32 P.M;<br>       1:49 P.M. –  3:03 P.M.; and<br>       3:27 P.M. –  4:46 P.M. | **TOTAL:**  5 Hours, 44 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | |

**PROCEEDINGS: BENCH TRIAL COMMENCED (DAY 1)**

Court in session.

This case is set today for a non-jury trial.

Counsel for both parties are present in the courtroom and identified for the record.

Plaintiff Tony Hendrix is not present.

Preliminary matters are discussed.

Joint Exhibits 1 through 13 are received into evidence.

Defendant's Exhibits 1 and 2 are received into evidence without objection.

The Rule is invoked.

Opening Statements by Mr. Lynd.

Opening Statements by Mr. Sullivan.

Plaintiff **Tony Hendrix** is called to the stand, sworn and testifies.

Direct examination by Mr. Lynd.

Cross examination by Ms. Wise.

Break in proceedings at 11:01 A.M.

*~Comfort Break~*

Proceedings resume at 11:22 A.M.

Continued cross examination of **Tony Hendrix**.

There are no further questions. The witness is excused.

Plaintiff's witness, **Brandkisha Roundtree,** is called to the stand, sworn and testifies.

Direct examination by Mr. Lynd.

The Court questions the witness.

Cross examination by Ms. Wise.

No further questions. The witness is excused.

Plaintiff's witness, **Yvonne Henricks,** is called to the stand, sworn and testifies.

Direct examination by Mr. Lynd.

The Court questions the witness.

Cross examination by Ms. Wise.

No further questions. The witness is excused.

Plaintiff's witness, **William Henricks, Sr.**, is called to the stand, sworn and testifies.

Direct examination by Mr. Lynd.

Cross examination by Mr. Sullivan.

Defendant's Exhibit 3 is admitted into evidence over Plaintiff's objection.

Redirect examination by Mr. Lynd.

Mr. Lynd addresses the Court.

The Court questions the witness.

There are no further questions. The witness is excused.

A lunch recess is taken at 12:32 P.M.

*~Lunch Recess at 12:32 P.M.~*

Proceedings resume at 1:49 P.M.

The parties agree to the admission of Ariana Bradshaw's March 6, 2020 deposition testimony.

With the exception of Ms. Torres as a possible witness, Plaintiff renews all previous motions and objections and then rests.

The Court's rulings on all previous motions remain the same.

The United States moves for Judgment as a Matter of Law.

For the reasons articulated on the record, the United States' motion for Judgment as a Matter of Law is DENIED.

United States' witness, **Dr. William R. Greenberg**, is called to the stand, sworn and testifies.

Direct examination by Mr. Sullivan.

Dr. Greenberg is declared an expert in the field of neurology.

Cross examination by Mr. Lynd.

No redirect.  The witness is excused.

United States' witness, **Haines City Post Office Acting Postmaster Brain Keith Cox**, is called to the stand, sworn and testifies.

Direct examination by Mr. Sullivan.

The Court questions the witness.

Cross examination by Mr. Lynd.

Redirect.

The Court questions the witness.

There are no further questions.  The witness is excused.

Break in proceedings at 3:03 P.M.

~Comfort Break~

Proceedings resume at 3:27 P.M.

United States' witness, **Polk County Sheriff's Office Deputy Edwin Alexander**, is called to the stand, sworn and testifies.

Direct examination by Ms. Wise.

Cross examination by Mr. Lynd.

No redirect.

There are no further questions.  The witness is excused.

United States' witness, **Justin Morgan, Ph.D.**, is called to the stand, sworn and testifies.

Direct examination by Ms. Wise.

Dr. Morgan is declared an expert in the field of human factors and accident reconstruction

Cross examination by Mr. Lynd.

Redirect.

There are no further questions.  The witness is excused.

There are no other witnesses to be called.

The handwritten statement of former USPS employee John V. Grealish.is read into the record.

Defendant rests.

Plaintiff has filed a signed and sworn Affidavit of Non-Service regarding witness Xiomora Torres (Doc. 70).

For the reasons articulated on the record, the Court will allow the deposition of Ms. Torres taken on July 20, 2020 to come into evidence based on the fact that she is an unavailable witness.

The Court will hear closing arguments tomorrow and give the parties an opportunity to update their Findings of Fact and Conclusions of Law.

Court in recess until tomorrow, April 27, 2021, at 9:00 A.M.